# UNITED STATES DISTRICT COURT
for the

Central District of California

KEITH J. WALKER
TARIQ A. WALKER

*Plaintiff(s)*

v.

RIVERSIDE COUNTY CIVIL COURT
RIVERSIDE COUNTY FAMILY COURT
RIVERSIDE POLICE DEPARTMENT
RIVERSIDE COUNTY DISTRICT ATTORNEY
BEAUMONT POLICE DEPARTMENT
BEAUMONT HIGH SCHOOL
ONTARIO POLICE DEPARTMENT
RANCHO CUCAMONGA POLICE DEPARTMENT
ELICK TOBY BOWLER, AN INDIVIDUAL
BEAUMONT UNIFIED SCHOOL DIST

*Defendant(s)*

Civil Action No. EDCV13-1992 AG-VBK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
RIVERSIDE FAMILY COURT, 4175 MAIN ST, RIVERSIDE, CA 91502
RIVERSIDE CIVIL COURT, 4050 MAIN STREET, RIVERSIDE, CA 92501
RIVERSIDE POLICE DEPARTMENT, 10540 MAGNOLIA AVE, RIVERSIDE, CA 92505
RIVERSIDE COUNTY DISTRICT ATTORNEY OFFICE, 3960 ORANGE STREET, RIVERSIDE, CA 92501
BEAUMONT POLICE DEPARTMENT, 660 ORANGE AVE, BEAUMONT, CA 92223
BEAUMONT HIGH SCHOOL, 39139 CHERRY VALLEY BLVD, BEAUMONT, CA 92223
BEAUMONT UNIFIED SCHOOL DISTRICT 350 BROOKSIDE AVE, BEAUMONT, CA 92223
ONTARIO POLICE DEPARTMENT, 2500 S. ARCHIBALD AVE, CA 91761
RANCHO CUCAMONGA POLICE DEPARTMENT, 10510 CIVIC CENTER DR, RANCHO CUCAMONGA, CA 91730
ELICK TOBY BOWLER, 615 BROOKSIDE AVE., REDLANDS, CA 92373

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: KEITH J. WALKER
2500 E. Imperial HWY
Suite. 201 # 180
Brea, CA 92821

In Pro Per

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC - 3 2013

*Signature of Clerk or Deputy Clerk*

1184

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

1  KEITH J. WALKER
2  6094 TERRACE LANE
   YORBA LINDA, CA 92886
3  (951) 227-2839
4  DEFENDANT IN PRO PER
5
6            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
7
8  KEITH J. WALKER, an individual ) Case No.: EDCV13-1992 AG-(VBK)
9  TARIQ A. WALKER, an individual )
10         Plaintiff,              ) 1. Civil Rights Complaint Pursuant
                                   )    to 42 U.S.C § 1983 (non-prisoners)
11         Vs.                     )
   RIVERSIDE COUNTY FAMILY         ) Complaint for Damages:
12 COURT                           )
13 RIVERSIDE COUNTY DISTRICT       ) 2. Intentional Infliction of
14 ATTORNEY                        )    Emotional Distress
15 RIVERSIDE COUNTY CIVIL COURT)   3. Oppression
   BEAUMONT POLICE DEPT.           ) 4. Breach of Trust by an Officer
16 BEAUMONT UNIFIED SCHOOL         ) 5. Neglect of Official Duty
17 DISTRICT                        ) 6. Subornation of Perjury
18 BEAUMONT HIGH SCHOOL            ) 7. Obstruction of Justice
                                   ) 8. Compounding Crime
19 ONTARIO POLICE DEPARTMENT )       9. Misprison of Felony
20 RIVERSIDE POLICE DEPARTMENT)     10. Extortion
   RANCHO CUCAMONGA POLICE         ) 11. Negligence
21 DEPARTMENT                      ) 12. Conspiracy
22 ELICK. TOBY BOWLER, an          ) 13. Injunctive Relief From Riverside
23 individual                      )    County Family Court
           Defendants              ) 14. Injunctive Relief From Riverside
24                                      County Civil Court
25
26                                 Jury Trial Demanded:
27
28

Civil Rights Complaint Pursuant to 42 U.S.C § 1983 (non-prisoners) Oppression, Breach of Trust by an Officer, Neglect of Official Duty, Subornation of Perjury, Obstruction of Justice, Compounding Crime, Misprison of Felony, and Complaint for Damages and Injunctive Relief From Riverside County Family Court and Riverside County Civil Court- 1