NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

KEITH J. WALKER
2500 E. IMPERIAL HWY
SUITE 201- # 180
BREA, CA 92821

TEL. (951) 227-2839
EMAIL- walkerkjr@icloud.com
Pro Per

ATTORNEY(S) FOR:

**FILED**
CLERK, U.S. DISTRICT COURT

12/03/13

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KEITH J. WALKER

v.

Riverside County Civil Court
Riverside County District Attorney
Riverside County Family Court
Riverside Police Department
Beaumont Police Department
Beaumont High School
Beaumont Unified School District
Ontario Police Department
Rancho Cucamonga Police Department
Elick Toby Bowler, an individual

Plaintiff(s),

Defendant(s)

CASE NUMBER:

ED CV13- 1992 AG- (VBK)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___KEITH J. WALKER___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Keith J. Walker, an individual | Plaintiff |
| California Superior Court Riverside County Family Court | Defendant |
| California Superior Court Riverside County Civil Court | Defendant |
| Riverside County District Attorney | Defendant |
| Riverside Police Department | Defendant |
| Beaumont Police Department | Defendant |
| Beaumont Unified School District | Defendant |
| Beaumont High School | Defendant |
| Ontario Police Department | Defendant |
| Rancho Cucamonga Police Department | Defendant |
| Elick Toby Bowler, an individual | Defendant |

LODGED
CLERK, U.S. DISTRICT COURT
NOV 1 - 2013
CENTRAL DISTRICT OF CALIFORNIA

October 25th, 2013
Date

/s/ Keith J Walker
Signature

Attorney of record for (or name of party appearing in pro per):

Keith J. Walker