# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-01992-AG (VBK) | Date | January 17, 2014 |
|---|---|---|---|
| Title | Keith J. Walker v. Riverside County Family Court, et al. | | |

Present: The Honorable: Victor B. Kenton, United States Magistrate Judge

| Roxanne Horan | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS)**

On December 9, 2013, the Court issued an Order re Dismissal with Leave to Amend. (A copy of the December 9, 2013 Order is attached hereto and incorporated herein.)

Plaintiff has failed to file a First Amended Complaint curing the deficiencies outlined in the Court's December 9, 2013 Order.

The Court **HEREBY ORDERS** Plaintiff to file a First Amended Complaint within 14 days of the date of this Minute Order. Failure to comply with the Court's Orders will result in a recommendation of dismissal.

                                                                                                                                  :

Initials of Preparer              RH