NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
KEITH J. WALKER
2500 E. IMPERIAL HWY
SUITE 201-#180
BREA, CALIFORNIA, 92821

TEL- 202-683-0886
EMAIL- WALKERKJR@ICLOUD.COM

ATTORNEY(S) FOR: IN PRO PER


FILED
2014 JAN 17 PM 4:44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KEITH J. WALKER<br><br>Plaintiff(s),<br>v.<br>RIVERSIDE COUNTY FAMILY COURT<br>RIVERSIDE COUNTY CRIMINAL COURT<br>RIVERSIDE COUNTY CIVIL COURT ET AL<br>Defendant(s) | CASE NUMBER:<br><br>EDCV13-1992-AG (VBK)<br><br>First Amended<br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for       KEITH J. WALKER
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| KEITH J. WALKER, an individual | Plaintiff |
| PAUL ZELLERBACH, an individual | Defendant |
| CREG DATIG, an individual | Defendant |
| CITY OF BEAUMONT, a corporation | Defendant |
| ROGER BERG, an individual | Defendant |
| ALAN KAPANICAS, an individual | Defendant |
| GERSHAM SAVAGE TILDEN & NOLAN, a corporation | Defendant |
| BEAUMONT POLICE DEPARTMENT | Defendant |
| GEORGE WALTER, an individual | Defendant |
| FRANK COE, and individual | Defendant |
| GREGORY FAGAN, an individual | Defendant |
| DR. MAUREEN LATHAM, an individual | Defendant |
| ONTARIO POLICE DEPARTMENT | Defendant |

DECEMBER 17th, 2013
Date

/s/ Keith J. Walker
Signature

Attorney of record for (or name of party appearing in pro per):

## CONTINUATION OF CV-30

| PARTY | CONNECTION/INTEREST |
|---|---|
| JOSHUA GALBRAITH, an individual | Defendant |
| JEREMY HARRIS, an individual | Defendant |
| MARK KEYSER, an individual | Defendant |
| BEAUMONT UNIFIED SCHOOL DISTRICT | Defendant |
| MARK DuSOLD, an individual | Defendant |
| MIKE WAGNER, an individual | Defendant |
| MARILYN SAUCEDO, an individual | Defendant |
| SHAWN MITCHELL, and individual | Defendant |
| BEAUMONT HIGH SCHOOL | Defendant |
| TIMOTHY GLISSON, an individual | Defendant |
| RIVERSIDE POLICE DEPARTMENT | Defendant |
| RANCHO CUCAMONGA POLICE DEPARTMENT | Defendant |
| ELICK. TOBY BOWLER, an individual | Defendant |
| RAWAH ALGAOUNI, an individual | Defendant |
| AHLAM ALGAOUNI, an individual | Defendant |
| BASMA ARABI, an individual | Defendant |
| MONTASER ALGAOUNI, an individual | Defendant |
| THIERRY LEMAITRE, an individual | Defendant |
| Z-TECH ADVANCE TECHNOLOGIES, a corporation | Defendant |
| MAZZIN AFGHANI, an individual | Defendant |
| MTA GALLERY, a corporation | Defendant |
| MEDDITERENIAN CAFÉ, a corporation | Defendant |
| ROBERT ARDREY, an individual | Defendant |
| CHRISTOPHER PLUMBING, a corporation | Defendant |
| SUSAN BJORK, an individual | Defendant |
| FRONTIER AIRLINES, a corporation | Defendant |
| AERO MEXICO, a corporation | Defendant |
| SOLAR CITY, a corporation | Defendant |
| BILL ESSAYLI, an individual | Defendant |

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: