# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge  KENTON
From: R. HORAN _____, Deputy Clerk    Date Received: 1/17/2014
Case No.: ED CV 13-1992 AG (VBK)    Case Title: Keith J. Walker v. Riverside County Family Court, et. al.
Document Entitled: First Amended Complaint

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | Leave of Court lacking pursuant to Order dated 12/9/13. Plaintiff added defendants without Court permission. |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                         U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

1-29-2014                    /s/ Kenton
Date                         U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)    NOTICE OF DOCUMENT DISCREPANCIES

I/S
21
days

KEITH J. WALKER
2500 E. IMPERIAL HWY
SUITE 201- #180
BREA, CALIFORNIA 92821
(951) 227-2839
DEFENDANT IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT
JAN 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## AMENDED COMPLAINT

| | |
|---|---|
| KEITH J. WALKER, an individual<br>**Plaintiff,**<br>Vs.<br>RIVERSIDE COUNTY FAMILY COURT<br>RIVERSIDE COUNTY DISTRICT ATTORNEY<br>RIVERSIDE COUNTY CIVIL COURT<br>RIVERSIDE CRIMINAL COURT<br>PAUL ZELLERBACH, an individual<br>CREG DATIG, an individual<br>CITY OF BEAUMONT<br>ROGER BERG, an individual<br>ALAN KAPANICAS, an individual<br>GERSHAM SAVAGE TILDEN & NOLAN, a corporation<br>BEAUMONT POLICE DEPT.<br>JOSHUA GALBRAITH, an individual<br>GEORGE WALTER, an individual<br>FRANK COE, an individual<br>GREGORY FAGAN, an individual<br>JEREMY HARRIS, an individual | ) Case No. EDCV13-1992AG (VBK)<br>) 1. Civil Rights Complaint Pursuant to 42 U.S.C § 1983 (non-prisoners)<br>) First Amend<br>) Complaint for Damages:<br>) 2. Intentional Infliction of Emotional Distress<br>) 3. Oppression<br>) 4. Breach of Trust by an Officer<br>) 5. Neglect of Official Duty<br>) 6. Subornation of Perjury<br>) 7. Obstruction of Justice<br>) 8. Compounding Crime<br>) 9. Misprison of Felony<br>) 10. Extortion<br>) 11. Intentional Negligence<br>) 12. Conspiracy<br>) 13. Injunctive Relief From Riverside County Family Court<br>) 14. Injunctive Relief From Riverside County Civil Court<br>) 15. Injunctive Relief From Riverside County Criminal Court |

Civil Rights Complaint Pursuant to 42 U.S.C § 1983 (non-prisoners) Oppression, Breach of Trust by an Officer, Neglect of Official Duty, Subornation of Perjury, Obstruction of Justice, Compounding Crime, Misprison of Felony, Malicious Prosecution, Perjury, and Complaint for Damages and Injunctive Relief From Riverside County Family Court and Riverside County Civil Court and other tort complaints- 1