UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-01992-AG (VBK) | Date | February 7, 2014 |
|---|---|---|---|
| Title | Keith J. Walker v. Riverside County Family Court, et al. | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS)**

The Court has reviewed its own files and records and notes that Plaintiff has failed to file a First Amended Complaint curing the deficiencies outlined in the Court's December 9, 2013 Order. (A copy of the December 9, 2013 Order is attached hereto and incorporated herein.)

The Court **HEREBY ORDERS** Plaintiff to file a First Amended Complaint within 14 days of the date of this Minute Order.  Failure to comply with the Court's Orders will result in a recommendation of dismissal.

|  | : |
|---|---|
| Initials of Preparer | RH |