# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
FEB 13 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge _Kenton_

From: _R. Horan_ , Deputy Clerk     Date Received: _2-3-2014_

Case No.: _EDCV13-1992_     Case Title: _Keith Walker v. Riverside_

Document Entitled: _Motion for Writ of Prohibition, etc.; Memorandum,_
_Declaration, Proofs of Service_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1      Proposed amended pleading not under separate cover
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
☑ Other: _No jurisdiction to Rule on Superior Court proceedings_
_Younger Abstention doctrine - Younger v Harris_
_Federal Court cannot interfere with ongoing 401 US, 37_
_Ongoing State criminal proceedings,_     _(1971)_

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____          _____
Date                            U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_2-13-2014_                     _[signature]_
Date                            U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)          NOTICE OF DOCUMENT DISCREPANCIES

KEITH J. WALKER
2500 E IMPERIAL HWY
SUITE- 201-# 180
(202) 683-0886
DEFENDANT IN PRO PER

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH J. WALKER, an individual<br>Plaintiff,<br>Vs.<br>RIVERSIDE COUNTY CRIMINAL COURT<br>RIVERSIDE COUNTY CIVIL COURT<br>RIVERSIDE COUNTY FAMILY COURT<br>ET AL<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: <u>EDCV13-1992AG (VBK)</u><br><u>PLAINTIFF'S</u><br><br>**NOTICE OF MOTION AND MOTION FOR EX-PARTE HEARING FOR A "WRIT OF PROHIBITION" AND "WRIT OF MANDAMUS" TO RECUSE AND DISQUALIFY RIVERSIDE COUNTY DISTRICT ATTORNEY OFFICE AND RIVERSIDE COUNTY CRIMINAL COURT FROM HEARING CASE BAM130-2022, BANNING COURTHOUSE, PURSUANT TO C.P.C 1424(A) AND CALIFORNIA PENAL CODE SECTION 170.1** |

TO THE HONORABLE COURT AND TO ALL PARTIES:

PLAESE TAKE NOTICE that on March 4th, 2014 at 10:00 A.M, or as soon

thereafter as this matter may be heard in the above entitled court located at 312

Spring Street, Los Angeles, California 90012, Keith J. Walker, the Plaintiff in this case, will move this court to : issue an order for a "Writ of Prohibition" and a "Writ of Mandamus".

This motion is based on the following documents:

Memorandum of Points and Authorities, a Declaration in Support of Motion and exhibits 1-9, The complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

Executed on January 14th, 2014, Colorado Springs, Colorado

By: _____

_____
KEITH J. WALKER

_____

_____ in Pro Per



1  KEITH J. WALKER
2  2500 E IMPERIAL HWY
   SUITE- 201-# 180
3  (202) 683-0886
4  DEFENDANT IN PRO PER

5

6              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
7

8  KEITH J. WALKER, an individual   )  Case No.: EDCV13-1992AG (VBK)
9              Plaintiff,            )  PLAINTIFF'S
               Vs.                   )
10 RIVERSIDE COUNTY CRIMINAL         )  MEMORANDUM OF POINTS
11 COURT                            )  AND AUTHORITIES IN
12 RIVERSIDE COUNTY CIVIL COURT)       SUPPORT OF EX-PARTE
13 RIVERSIDE COUNTY FAMILY          )  HEARING FOR A "WRIT OF
   COURT                            )  PROHIBITION" AND "WRIT OF
14            ET AL                  )  MANDAMUS" TO RECUSE AND
15                                   )  DISQUALIFY RIVERSIDE
16            Defendants             )  COUNTY DISTRICT ATTORNEY
17                                   )  OFFICE AND RIVERSIDE
18                                   )  COUNTY CRIMINAL COURT
19                                   )  FROM HEARING CASE BAM130-
20                                   )  2022, BANNING COURTHOUSE,
21                                   )  PURSUANT TO C.P.C 1424(A)
22                                   )  AND CALIFORNIA PENAL
23                                   )  CODE SECTION 170.1
24                                   )

25 _____
   **MEMORANDUM OF POINTS AND AUTHORITIES**
26 **I.      Introduction**
27      The defendant is asking the court to issue a "Writ of Prohibition" in
28 favor of the Plaintiff against the defendants, Riverside County District

Memorandum of Points and Authorities In Support of Ex-Parte Hearing For Writ of Prohibition And Mandamus to Recuse and Disqualify
Riverside County District Attorney Office and Riverside County Criminal Court from Hearing Case BAM 130-2022, Superior Court of
California Riverside County Criminal Court (Banning) Pursuant to C.P.C 1424 (a) and California Penal Code Section 170.1
ED CV 13-1992AG (VBK)- 1

Attorney Office, Riverside County Criminal Court and Riverside County Family Court for the preservation of Justice and equal treatment under the laws of the United States and the State of California as afforded under the Fourteenth Amendment of the Constitution of the United States of America.

## II.   **Factual and Procedural History**

The plaintiff has filed a matter before this court, Case ED-CV-13-1992AG (VBK), Civil Rights Complaint Pursuant to Title 42 U.S.C § 1983 (non-prisoners) and Complaint for damages.  In the aforementioned case the Defendants listed herein are defendants in the matter before this court, and are significantly at fault for allowing and they themselves violated eh civil rights of the Plaintiff under the color of law.

The Plaintiff is being charged with "Contempt of Court"  for the allegation that the Plaintiff has violated a restraining order, issued on May 31st. 2012.  The alleged victim, Rawah Algaouni, is a known perjurer and has been confirmed by the investigating Police Department to have lacked credibility, has been ruled as "Less than Credible by Hon Jackson Lucky, Presiding Judge Riverside County Family Court,  and was deemed not credible by the same prosecutorial department, Riverside County District Attorney's Office July 2010.

The Plaintiff will show that the Riverside County District Attorney's Office is filing the case as a matter of retaliation and to discredit the otherwise reputable and honest Plaintiff who has been persecuted, harassed and deprived of his civil and constitutional rights by the defendants mentioned here as well as the other named defendants.

Memorandum of Points and Authorities In Support of Ex-Parte Hearing For  Writ of Prohibition And Mandamus to Recuse and Disqualify Riverside County District Attorney Office and Riverside County Criminal Court from Hearing Case BAM 130-2022, Superior Court of California Riverside County Criminal Court (Banning) Pursuant to C.P.C 1424 (a) and California Penal Code Section 170.1
ED CV 13-1992AG (VBK)- 2

The Plaintiff has provided the public defender with the information and filed documents calling for the recusal and dismissal of the case and have it sent to the State Attorney General for resolution. Further to this the Plaintiff ahs provided the public defender with documentary exculpatory evidence and the case is still being allowed to go forward.

The Plaintiff, a military veteran with an honorable discharge and a previous Congressional Nomination to the U.S Military Academy at Westpoint has been living outside the State of California since August under the protection of a former 5th & 7th Special Forces Group Commander and his wife a former attorney for the Central Intelligence Agency, and his family members. The Plaintiff is being scheduled for an extremely important and sensitive interview to turn over all of his work to the United States which is of tremendous interest and related to military, national security and global benefits to this nation.

The Plaintiff has uncovered a 41 community bribery and kickback scheme which he has reported and provided evidence to the Federal Bureau of Investigations. The Plaintiff will no doubt be unable by any standard be able to get a fair trial, as is already evident to him as clearly shown by Hon. Jorge Hernandez. On December 6th, 2013, at our around 9:00 A.M, California Superior Court Riverside County Criminal Court, Dept. B-1, after the perjured statements before the Court, Hon Jorge Hernandez without hearing the exculpatory evidence of the Plaintiff said, " Look how she is shaking, from looking at the body language of Ms. Algaouni she is afraid of you, its guys like you who stab, beat up and eventually kill these women, bailiff take Mr. Walker

Memorandum of Points and Authorities In Support of Ex-Parte Hearing For  Writ of Prohibition And Mandamus to Recuse and Disqualify Riverside County District Attorney Office and Riverside County Criminal Court from Hearing Case BAM 130-2022, Superior Court of California Riverside County Criminal Court (Banning) Pursuant to C.P.C 1424 (a) and California Penal Code Section 170.1
ED CV 13-1992AG (VBK)- 3

into custody." Fortunately the Plaintiff had a bail bondsperson with him and was able to pay bail and walk out of court, after which he spent the weekend with his son after which he promptly left the State of California.

## III.   __Argument__

This court in the interest of justice and fairness to the Plaintiff and his two young sons who have endure a deprivation of his civil and constitutional rights at the hands of these defendants must dismiss issue this order for the "Writ of Prohibition" and "Writ of Mandamus". The defendants have violated the Plaintiff's rights, and have violated Title 18 U.S.C § 242 & 241.

If the request for this order is not granted the Plaintiff is sure to continue to suffer, and will undoubtedly not be able to receive a fair trial further depriving him of his civil and constitutional rights.

The Defendants are to be disqualified and recused from these cases pursuant to California Penal Code Section 170.1, and 1424(a). To not issue the Writ of Prohibition and Mandamus, the court would be condoning the very actions and violations of the aforementioned federal statutes forged form the constitution and the bill of rights. The Plaintiff cites the case Gregory Pellerin V. Superiro Court of Nevada County (Respondent), The People of the State of California, (Real Party in Interest), California Court of Appeals Case No. C069031; Criminal Case No. F10-159.

The Court ruled that an actual or apparent conflict will suffice noting tha the People asserted the incorrect standard under PC 1424- the defendant must

Memorandum of Points and Authorities In Support of Ex-Parte Hearing For  Writ of Prohibition And Mandamus to Recuse and Disqualify
Riverside County District Attorney Office and Riverside County Criminal Court from Hearing Case BAM 130-2022, Superior Court of
California Riverside County Criminal Court (Banning) Pursuant to C.P.C 1424 (a) and California Penal Code Section 170.1
ED CV 13-1992AG (VBK)- 4

make a showing that an "actual" conflict of interest exists and that the "mere appearance" of a conflict is insufficient.    The Court stated that the People of California made an incorrect statement of the law.

The Court of Appeal stated that eh correct statement of the law can be found when the defendant made a showing of either an actual conflict or the appearance of a conflict., In **People v. Cannedy (2009) 176 Cal. App. 4th 1474, 1479-80,** the Court of Appeal clearly affirmed this simple rule: "[a] conflict undr section 1424 'exist whenever the circumstances of a case evidence a reasonable possibility that the DA's office may not exercise its discretionary function in an evenhanded manner.  Thus, there is not need to determine whether a conflict is 'actual,' or only gives an appearance' of conflict. See also People v. Lam Choi (2000) 80 Cal. App. 4th 476,480.

The California Supreme Court, in Haraguchi v. Superior Court (2008) 43 Cal. 4th 77, 711-712, stated that: "[t}hus, the first half of the inquiry asks only whether a 'reasonable possibility' of less than impartial treatment exists."  The Haraguchi ruling would fully support the Plaintiff's argument that there is no absolute requirement that a defendant prove that an actual conflict exist.

The Plaintiff has shown in case ED-CV-13-1992AG (VBK) that a conflict does exist, and tremendously so on constitutional and civil rights of the Plaintiff and his sons that were violated, and the numerous torts committed against the Plaintiff and his sons by the very alleged victim and her family, as well as other defendants including the defendants here mentioned.

Memorandum of Points and Authorities In Support of Ex-Parte Hearing For  Writ of Prohibition And Mandamus to Recuse and Disqualify Riverside County District Attorney Office and Riverside County Criminal Court from Hearing Case BAM 130-2022, Superior Court of California Riverside County Criminal Court (Banning) Pursuant to C.P.C 1424 (a) and California Penal Code Section 170.1
ED CV 13-1992AG (VBK)- 5

IV.    **Conclusion**

For the reasons stated above and in the interest of the personal safety a nd security of the Plaintiff, eqaul and fair justice and to the benefit of this nation the writ of prohibition should be granted to recuse and disqualify the defendants pursuant to California Penal Code 1424 (a), and section 170.1. The Plaintiff has never been int rouble with the law until such a time as the named defendants, Rawah Algaouni, alleged victim in case BAM 1302202, Thierry Lemaitre, Ahlam Algaouni, Montaser Algaouni and other named law enforcement defendants learned that the Plaintiff was turning over evidence of the crimes they commitd against the United States to the Department of Justice, FBI, Homeland Security and NSA.

The Plaintiff has overwhleming exculpatory evidence that evidences the facts asserted herein to demonstrate the lack of credibilty of Rawah Algaouni et al, and the failure of the defendants to dispense a fair hearing and proper ajudication on previous matters.  Now, having come forward with compelling and irrefutable evidence of the deprivaton of his civil and constitutional rights agaisnt the defendants, its clear the actions are retaliatory and vindictive.

DATED: _J AN 14TH , 2014_

Respectfully submitted,

By: _____

_KEITH  J.  WALKER_

_____in Pro Per

1
KEITH J. WALKER
2
2500 E IMPERIAL HWY
SUITE- 201-# 180
3
(202) 683-0886
4
DEFENDANT IN PRO PER
5

FEB 14 2014

6
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
7

8
KEITH J. WALKER, an individual          )   Case No.: <u>EDCV13-1992AG (VBK)</u>
9
        Plaintiff,                           )   <u>PLAINTIFF'S</u>
10
         Vs.                                )
RIVERSIDE COUNTY CRIMINAL            )   **DECLARATION  IN SUPPORT**
11
COURT                                )   **OF MOTION OF EX-PARTE**
12
RIVERSIDE COUNTY CIVIL COURT)   **HEARING FOR A WRIT OF**
13
RIVERSIDE COUNTY FAMILY              )   **PROHIBITION AND**
COURT                                )   **MANDAMUS TO RECUSE AND**
14
        ET AL                             )   **DISQUALIFY RIVERSIDE**
15
                            )   **COUNTY DISTRICT ATTORNEY**
16
        Defendants                         )   **OFFICE AND RIVERSIDE**
17
                            )   **COUNTY CRIMINAL COURT**
18
                            )   **FROM HEARING CASE BAM130-**
19
                            )   **2022, BANNING COURTHOUSE,**
20
                            )   **PURSUANT TO C.P.C 1424(A)**
21
                            )   **AND CALIFORNIA PENAL**
                            )   **CODE SECTION 170.1**
22
                            )
23
                            )
24
                            )

25
I, KEITH J. WALKER, declare as follows:
26
    I am the Defendant in the above-entitled case.  I have personal knowledge of
27
the following facts, and if called to testify as a witness, I could and would
28
competently testify thereto.

Declaration In Support of Ex-Parte Hearing For  Writ of Prohibition And Mandamus to Recuse and Disqualify Riverside County District
Attorney Office and Riverside County Criminal Court from Hearing Case BAM 130-2022, Superior Court of California Riverside County
Criminal Court (Banning) Pursuant to C.P.C 1424 (a) and California Penal Code Section 170.1
ED CV 13-1992AG (VBK)- 1

The Plaintiff is requesting this Ex-parte hearing so that the court can have evidence upon which to make a determination for the order for a "writ of Prohibition and Mandamus.  The evidence will show that the defendants will not render a fair trial t the Plaintiff having deprived the Plaintiff of his civil and constitutional rights for over three years in violation of Title U.S.C. 241 & 242.

The Plaintiff has evidence that Rawah Algaouni et al have conspired to have the Plaintiff arrested, by making perjured statements and her accomplice Thierry Lemaitre was the actual person to send the emails to her company as well as other emails making it look as if the plaintiff has done these actions.  The Plaintiff is also aware that he will not get a fair trial, and will likely be incarcerated if there is no Writ or other order by which to have the defendants recuse themselves.

The charges were sent to the Riverside County District Attorney's office from the Beaumont Police Department.  This is the same department that for the last three years has refused to file any charges against the alleged victim, Rawah Algaouni, who committed many felonies against the Plaintiff, the State of California and the United States.  These felonies include, parental kidnapping, parental international kidnapping, larceny, burglary, theft of intellectual and sensitive property of the Plaintiff, slander, perjury, child abuse, contributing the to the delinquency of a minor, fraud and theft of evidence ( I year's worth of phone records from Accessone Barbados) given to the DEA agents in Barbados that has led to the extradition of a known and wanted drug trafficker back to the United States form Barbados.

Of the few charges that were addressed by the District Attorney, the District Attorney stated they were not committed in his jurisdiction, and on another occasion claimed that the felony was a matter for the Riverside Family Court and so sought not to address them, whereas on the allegations of contempt of court by the Plaintiff the District Attorney sought to maliciously prosecute the Plaintiff for contempt of court for allegedly violating a restraining order that was granted By Hon. Jackson Lucky because the Plaintiff, according to the Hon. Jackson Lucky vigorously cross-examined Rawah Algaouni.

evidence as stated in his complaint in federal lawsuit EVCD-13-1992AG (VBK) it is clear that the Plaintiff has been deprived of his civil and constitutional rights under the color of law, and the alleged victim et al have been gaming our legal system and continues to disrespect and show disregard for our laws.

### Prayer

The Plaintiff pleads with the court to grant the "Writ of Prohibition" and "Writ Mandamus" to stop the deprivation of his civil and constitutional rights, and set the course to right the wrongs committed by these defendants as they continue to maliciously prosecute and persecute the Plaintiff unjustly

I declare Under Penalty that the foregoing is true and correct.

Executed on January, 14th, 2014, Colorado Springs, CO

By: _____

_____
Keith J. Walker

_____

# EXHIBIT-1

**Tuesday, May 18, 2010 11:27 AM**

**Subject: Report - Tue 03:09pm to 04:10pm**
**Date:** Tuesday, April 27, 2010 4:10 PM
**From:** eBlaster on RAWAH ALGAOUNI's MacBook <noreply@spectersoft.com>
**To:** keith@accessonebarbados.com
**Conversation:** Report - Tue 03:09pm to 04:10pm

## eBLASTER | mac
Activity Report

**Report Timeframe:** Tue, Apr 27, 03:09:43 PM to Tue, Apr 27, 04:10:42 PM PDT

## User Activity Summary: rawahalgaouni          ⑦Help  ⚲Change Settings

| Report Details | Activity | Status | | Computer Information |
|---|---|---|---|---|
| Chat / Instant Messages | 0 | ◐ ON | | **IP Address:** 10.0.1.2 |
| Web Sites Visited | 15 | ◐ ON | ⚓Jump to section | **Public IP Address:** 68.169.227.151 |
| Email Activity | 1 | ◐ ON | ⚓Jump to section | **Computer Name:** RAWAH ALGAOUNI's MacBook |
| Keystrokes Typed | 2 | ◐ ON | ⚓Jump to section | **User Name:** rawahalgaouni |
| Program Activity | 1 | ◐ ON | ⚓Jump to section | **Serial Number:** 5720VH0073010755 |
| | | | | **Version:** Version:7.0 Build:2743 |
| User Activity | 0 | ◐ ON | | |

**Modify eBlaster Settings**

CHANGE SETTINGS FOR THIS COMPUTER

**LOGIN HERE**

CASE NO - RID 236721

DATE - MARCH 21, 2012

Peoples/RESPONDENT EXHIBIT - N

**Page 1 of 5**

 Keywords Detected          0          ● OFF

` top

Web Sites Visited                    

| Web Site Visited | Start Time | Active Time |
|---|---|---|
| topsites:// | Tue, Apr 27, 03:19:19 PM | 00h, 00m, 01s |
| https://www.google.com/accounts/Login?hl=en&continue=http://www.google.com/search%3Fclient%3Dsafari%26rls%3Den%26q%3Dgmail%26ie%3DUTF-8%26oe%3DUTF-8 | Tue, Apr 27, 03:19:28 PM | 00h, 00m, 01s |
| http://www.google.com/search?client=safari&rls=en&q=gmail&ie=UTF-8&oe=UTF-8 | Tue, Apr 27, 03:19:49 PM | 00h, 00m, 02s |
| https://www.google.com/accounts/CheckCookie?continue=http%3A%2F%2Fwww.google.com%2Fsearch%3Fclient%3Dsafari%26rls%3Den%26q%3Dgmail%26ie%3DUTF-8%26oe%3DUTF-8&hl=en&chtml=LoginDoneHtml | Tue, Apr 27, 03:19:49 PM | 00h, 00m, 01s |
| http://mail.google.com/ | Tue, Apr 27, 03:19:52 PM | 00h, 00m, 01s |
| https://mail.google.com/mail/?shva=1 | Tue, Apr 27, 03:19:56 PM | 00h, 00m, 01s |
| https://mail.google.com/mail/?shva=1#inbox/1283c3156fad1f58 | Tue, Apr 27, 03:20:01 PM | 00h, 00m, 01s |
| https://mail.google.com/mail/?shva=1#sent | Tue, Apr 27, 03:20:56 PM | 00h, 00m, 01s |
| https://mail.google.com/mail/?shva=1#trash | Tue, Apr 27, 03:21:09 PM | 00h, 00m, 01s |
| https://mail.google.com/mail/?shva=1#inbox | Tue, Apr 27, 03:21:17 PM | 00h, 00m, 03s |

| | | |
|---|---|---|
| http://twitter.com/ChrisShowroom | Tue, Apr 27, 03:54:24 PM | 00h, 00m, 01s |
| http://twitter.com/ | Tue, Apr 27, 03:54:32 PM | 00h, 00m, 01s |
| https://www.google.com/accounts/Servi ceLogin? service=mail&passive=true&rm=false&c ontinue=https%3A%2F%2Fmail.google. com%2Fmail%2F%3Fui%3Dhtml%26z y%3Dl&bsv=1eic6vu9oa4v3&ss=1&scc =1&ltmpl=default&ltmplcache=2&hl=en | Tue, Apr 27, 04:04:26 PM | 00h, 00m, 01s |
| http://twitter.com/#sent | Tue, Apr 27, 04:09:25 PM | 00h, 00m, 13s |
| http://twitter.com/#inbox | Tue, Apr 27, 04:10:02 PM | 00h, 00m, 15s |

top

 Email Activity                     

| From | To | Subject | Date |
|---|---|---|---|
| Christopher @ Christopher's | raspacedesign@gmail.com | Fw: Shower valve/ tub valve spec for the Guest bath areas. | Tue, Apr 27, 03:20:01 PM |

Ok.Well,? that doesn't really surprise me I guess, abt the phone calls.let me
know what else when you have time.I hope she gave you some information as to her
concerns as I am concerned w that as well.Ok, be careful.Did you ask abt the
supposed NY Dr visit?If he really has one or if he's really going there?Be
careful, talk to you soon.Love Chris ----- Original Message ----- From: RAWAH
ALGAOUNI To: Christopher Ardrey - Show quoted text -Sent: Tuesday, April 27, 2010
3:34 PM Subject: Re: Fw

top

 Keystrokes Typed                     

| Application | Caption | Start Time |
|---|---|---|
| Safari | Twitter / Home | Tue, Apr 27, 03:09:45 PM |

I just got home. I sent u email. Things are ok! the attorney said he is
irrational n he cant be around the kids. He had a conversation with tariq last
night n he told him he wants to live with him! im ok! he told me he doesnt want
the kids to be with me. but Bilal can stay because he is in HS. so he is trying
to keep tariq. kI think im going to wait until summer is over becuase im afraid
he will take the kids n not bring them back.he told tanya he needs to go to my
dr. <u>appt because i have some hormonal imbalance!</u> Lol Im the kok crazy. lol that
was funny.he changed his Dr. appt again because the price was $800. I told him
thats not much if <u>u can spend $1500 on a pen</u> which one is priority?I said if u
insist u have to be seen in NY than u <u>shoull him u stopped loving him since</u>
<u>college!</u>!! I said no, he already knows from me iIm not being passive today! I
told him I was done last night n 2day too with Ramah. n I didnt care how he feels
. i didnt want to hide thin2I was supposed to see another one tomorrow but I
canceled. I will set it for next week when he is gone!he told Ramah u see how she
talks! Well I dont have to expalin that H


Safari                          Twitter / Sent Direct Messages            Tue, Apr 27, 03:18:21 PM


ld.loltraspacedesignhomestaging1well <u>i know i can prove he can't ttake him</u>
<u>because the traveling he does</u>
sue told me that Bilal mentioned to one of her adult friend that when he lived
with Keith he allowed him to drink and it was not a problemshe didnt suggest
anything beside <u>i can have a restraining order n he is danger to u n the kidsdid</u>
<u>u read the part about me sick???</u> lolshe <u>said thing ss could get complicated if he</u>
<u>doesnt pay me</u> or send money because he is overseasi have a proof from an adult
that Bilal n keith drank together from what bilal saidi told Ramah about the gun
so she knows about ithe didnt ask since this morningi know it is incorporated
here . I believe oregon!I get part of it and i can also get the future profit and
the new lawsuite to he is startingn the car could be mine because he told
everyeverybody it was a gift for me. lol that was so funny. he will dieI have to
read all the stuff i made copies of asaphe asked me for the sealed envelopes and
i told him i read them n shred them. because he wanted them. I dont have them in
the housedownstairs he said he doesnt want to talk to me because everytime he
does we argue. so i said lets take one day at a time.I did. I deleted it too i
saw itu need to go back to work. how was ur day???I didnt know how to talk to u
anymore. I didnt get my cell today or boat . strangei think i <u>should wait and get</u>
<u>more info</u> on him, <u>i have a lot to read</u>. n I feel better when the kids are
hereGood for u u saw ur Dr. Im ok! I will keep u posted. I was really scared last
night what <u>he is going to do if he finds it?</u>?? I made sure to call Tanya n let
her whats going onI dont want to worry while he is gone with the boys that he
made do <u>something like have the boys n I have no control over things</u>miWe have
another appt with counselor on MonI dont know but I know he already told me he
will make things nasty for me! I know he is very manipulative I will keep focused
on things thats all I can do for now!about him being nasty???I will he said he
loves me too much today! I knew today I was so done. I didnt cry about anything.
it was strangeI understand what u are saying. <u>I will mention how he wants to make</u>
<u>things nasty for next time.</u> I also would like to shop for another attorney. She
was nice n I like her but I want somebody else. I know how keith thinks !!!Tanya
was angry at him today n she said should i teelai. lolno, she understood pretty
well! I have expalined in theapast he exssivis spending habits. But he doesnt
want to admit it. anyway! You need to go home! I need to rest. I didnt sleep well
last night worried what the heck he is going to do!! You should go homeyou make
me smile! <u>How im going to talk to u in the future</u>???what do u mean about getting
it there?? <u>u mean I check out ??</u>I dont know!! howGosh I missed the DM u were
talking about the phone! got what u meant.I will check on it honey! I missed the
first Dm u wrote about checking on it. sorryi dont know i have to think? no idea
now

top

 Program Activity

 Help        Change Settings

| Program | Start Time | Active Time | Keystroke Count |
|---------|------------|-------------|-----------------|
| Safari | Tue, Apr 27, 03:09:37 PM | 1 hour , 1 minute | 4824 |

top

# EXHIBIT-2

# EXHIBIT  B

## Form of  Spousal Consent

The undersigned is the spouse of  KEITH  J.  WALKER
("Shareholder") and acknowledges that he or she has read and clearly
understands all of the provisions of the Shareholder Agreement, dated
AUGUST  10TH_____, 2006 ( the "Agreement") by and among WIISCOM
Technologies, Inc., a corporation incorporated under the Companies Act of
Barbados (the "Company"), and its Shareholders.  The undersigned is
aware that , by the provisions of the Agreement, the undersigned and
Shareholder have agreed to subject all their interest in the Company,
including any community property interest, to the terms of the Agreement,
including provisions of the agreement that restrict their ability to sell or
transfer their interest in the Company.  The undersigned understands and
agrees that the Agreement provides that upon dissolution of marriage the
undersigned will not be entitled to any interest in the Company, and must
take other property in lieu of any such interest.  The undersigned hereby
expressly approves of and agrees to be bound by the provisions of the
Agreement in its entirety, including without limitation those provisions
relating to sales and transfers of interests in the Company.  if the
undersigned predeceases Shareholder when Shareholder owns an interest
in the Company, he or she hereby agrees not to devise or bequeath
whatever community property interest she may have in the Company in
contravention of the Agreement.

*I acknowledge that I have been advised to have the Agreement reviewed by
independent legal counsel and to consult with such legal counsel regarding the
provisions of the Agreement and their impact on me.  I acknowledge that I have had
full and adequate opportunity to have the Agreement reviewed by the independent legal
counsel and to discuss the Agreement with such legal counsel.*

Date: OB-10-O6____

_____
(Signature of Spouse)

RAWAH  ALGAOUNI
_____
(Print Name Of Spouse)

EXHIBIT-3

September 13th, 2010

Rawah Algaouni
35060 Trevino Trail
Beaumont, CA 92223

Dear Rawah:

I have sent you two emails as of the writing of this letter pertaining to the welfare of Bilal and Tariq. To date you have not responded to the emails or the letters. Whether you realize it or not, Bilal, is holding a lot of pain and anger inside of him and Tariq is coping with a lot of pain himself. I am appealing to you as a mother as I have in the past to meet with me in a public place and sit and work things out for the sake of the kids. This is not about me or not about you, but these kids because they need balance and reassurance in their lives and not the mental trauma of your actions.

Doing this will show each other that we are going to be civil for the boys because they need to see this. A lot of money is being spent on the attorneys that should be spent on the boys. I have no funds as what was in our joint account was taken by you leaving me with no money. I trust that you and I can do this; sit and fairly and equally divide the community property and come to some agreement on support and creating as much normalcy in their lives. Leaving it to the courts will only serve to spend un-necessary sums on attorney's fees.

Again, I appeal to you and offer for you to sit and discuss things with me that should serve to alleviate the mental anguish of our sons. Bilal has a bright future ahead of him and we must do what we can to insure that he has as normal a life and future as possible. It makes no sense to use the kids as pawns and have them hating either of us later and having difficulties in relationships and in their lives.

I have demonstrated that I am being selfless and placing the kids welfare before that of mine as I have always done. I am appealing to you to do the same for the sake of the children. Do something that will show them that we both care about them despite everything that has happened to date.

Keith J. Walker
Father

EXHIBIT-22

# EXHIBIT-4



Text From Tariq.jpg - Gmail

https://mail-attachment.googleusercontent.com/attachment/?ui=2&ik=df933d6e65&view    12/17/2012

# EXHIBIT-5



# EXHIBIT-6



# EXHIBIT-7

To Whom it may concern:

Let me first state that I was disappointed to hear the news that the Walkers were getting a divorce. My disappointment is at many levels however, the biggest is the short and long term effect on the two boys.

Having said this, the purpose of this letter is to outline the various funds that I sent both personal and professional to Keith Walker. I will state without hesitation that I cannot account for all wires or cash because some of my records do not go back that far anymore.

Having had others in my life go through divorces, I do not wish to take sides nor choose to be involved beyond this point. The issue of divorce is between Keith and Rawah.

Personal funds provided to Keith are:

1) $500.00 dog
2) $5,000 car
3) monies on two different occasions so that Christmas gifts could be given to the children- the most recent December 2010, the other time I do not recall
4) Monies to assist in helping the family pay for a mortgage payment years ago- again date and amount to far back to recall or trace.
5) $3,200 for rent, personal needs and an alcohol assessment course

Professional Funds provided:

1) 50% of initial license fees
2) Airline ticket to London to conduct business
3) Other Business expenses include and not limited to: Electric, phone, Cable and Wireless...

Having known Keith for twenty plus years, we may not always agree however, I have found him to be an honest, hardworking man who always expressed his love and protection for his family. Outside of

monies provided to Keith, there were a few disturbing instances that alarmed me both personally and professionally.

For instance,

1) Keith up until the beginning of the pursuit of his business had always worked and to the best of my knowledge was the financial provider for the family. Upon his decision to set out on his dream, Keith took a major financial setback in terms of earning potential in order to pursue his goal of creating a company. Though Keith may have been in Barbados for close to a year in order to get the process started, he never lost sight of his mission; to create an organization to better serve the needs for his family. While there Keith always came home every two weeks, and when the kids had functions at school.  His love and devotion towards his family never diminished. Yes, he would express to me both in Barbados and mostly on the phone how he missed his family deeply. Many times he would cut off our conversations because it was his family calling or that he needed to call back home.

2) Through the years, Keith was faced with the opportunities to be bribed in order to help the company financially, yet he never budged! Some of Keith's business dealings might rub others the wrong way however, one thing Keith believes in strongly is to be ethical. This is a common belief that both of us hold dearly.

3) There have been conversations where Keith made me aware of the issue of his wife defrauding the state of California. To uphold the integrity of the organization, legal counsel advised Keith to share this with the proper authorities.

4) Keith shared with me how monies he wired home were taken by Rawah . These monies were not joint funds, but rather company funds to be used for deposit into company account once the company was properly incorporated in the USA.

5) ████████████████████████ incidents was when I ████████████████ Keith ██████ his son ████. Blal did not know I was on the phone ████████████████ to me prior that ████

6) Another difficult time for Keith was when he was requested to come back to California and help out at home. Keith was crushed and conflicted. He chose family over profession.

7) Since the split up, Keith has cried too many times for me to remember and he is not one to cry. Though he wishes things could have worked out with Rawah for the kids sake he has come to terms with that. What is taxing on Keith emotionally, mentally and physically is the present void of not seeing his kids on a daily basis or speaking to them. Though Bilal talks to Keith sparingly (because Bilal is confused and angry) Keith did his best to watch him play his water polo matches. Keith when he has his Saturday custody day with Tariq represents Keith's favorite day of the week. Though only hours in length, Keith gets tremendous pleasure and gratitude in seeing Tariq.

Jonathan Greenbaum

*Jonathan Greenbaum*

2/5/11

# EXHIBIT-8

**FL-150**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| RICHARD K. ISLES, ESQ.<br>LAW OFFICE OF RICHARD K. ISLES<br>A PROFESSIONAL LAW CORPORATION<br>10367 HOLE AVENUE<br>RIVERSIDE, CALIFORNIA 92505<br>TELEPHONE NO.: (951) 352-8700<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: RAWAH ALGAOUNI | F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br>MAY 26 2010 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: ~~880 N. STATE STREET~~ Riverside Superior Court
MAILING ADDRESS: SAME                  County of Riverside
CITY AND ZIP CODE: ~~HEMET, CA 92543~~  4175 Main Street
BRANCH NAME: ~~HEMET SESSION~~         Riverside, CA 92501

PETITIONER/PLAINTIFF: RAWAH ALGAOUNI
RESPONDENT/DEFENDANT: KEITH WALKER
OTHER PARENT/CLAIMANT:

| INCOME AND EXPENSE DECLARATION | CASE NUMBER: 236721 |
|---|---|

**1. Employment** *(Give information on your current job or, if you're unemployed, your most recent job.)*

> Attach copies of your pay stubs for last two months (black out social security numbers).

   a. Employer: 2 - TECH ADANCED TECH.
   b. Employer's address: 1870 S. MILLIKEN AVENUE, ONTARIO, CA 91761
   c. Employer's phone number: (909) 390-1827
   d. Occupation: SECRETARY
   e. Date job started: 01/21/2009
   f. If unemployed, date job ended: 01/29/2010
   g. I work about 40 hours per week.
   h. I get paid $ 550 gross (before taxes) ___ per month. X per week. ___ per hour.

**(If you have more than one job, attach an 8½-by-11-inch sheet of paper and list the same information as above for your other jobs. Write "Question 1—Other Jobs" at the top.)**

**2. Age and education**

   a. My age is *(specify)*: 38
   b. I have completed high school or the equivalent: X Yes ___ No If no, highest grade completed *(specify)*:
   c. Number of years of college completed *(specify)*: FOUR   X Degree(s) obtained *(specify)*: B OF S
   d. Number of years of graduate school completed *(specify)*: ___ Degree(s) obtained *(specify)*:
   e. I have: ___ professional/occupational license(s) *(specify)*:
        ___ vocational training *(specify)*:

**3. Tax information**

   a. X I last filed taxes for tax year *(specify year)*: 2009
   b. My tax filing status is ___ single ___ head of household ___ married, filing separately
        X married, filing jointly with *(specify name)*: KEITH WALKER
   c. I file state tax returns in X California ___ other *(specify state)*:

   d. I claim the following number of exemptions (including myself) on my taxes *(specify)*: FOUR (4)

**4. Other party's income.** I estimate the gross monthly income (before taxes) of the other party in this case at *(specify)*: $ 319,200
This estimate is based on *(explain)*: RESPONDENT IS OWNER AND FOUNDER OF ACCESS ONE BARBADOS. BASED ON
POTENTIAL PROJECTS IN THE FUTURE HIS EARNINGS WILL SUBSTANTIALLY INCREASE
**(If you need more space to answer any questions on this form, attach an 8½-by-11-inch sheet of paper and write the question number before your answer.)** Number of pages attached: _____

I declare under penalty of perjury under the laws of the State of California that the information contained on all pages of this form and any attachments is true and correct.
Date: MAY 25, 2010

RAWAH ALGAOUNI
    (TYPE OR PRINT NAME)                                    (SIGNATURE OF DECLARANT)

May 27 2010 6:38PM     AccessOne Barbados, Inc.     909-494-4234     page 10

# EXHIBIT-9

*Hatim Zaghloul, Ph.D.*
Villa 14, Azizia Villas Project
Cairo-Alexandria Desert Road
6th of October, Egypt

Mr. Keith Walker,

AccessOne Barbados, Inc.
Bldg. # 2
Suites 105 & 106
Harbour Industrial Park
Bridgetown, St. Michael BB1142
Barbados

Via e-mail

Dear Mr. Walker,

I am writing this letter to you to confirm the background of the relationship I have with Keith Walker, his concerns with Rawah Algaouni, Thierry Lemaitre and Rawah's family. You are free to give this letter to anyone as verification of our relationship. I am willing to make an affidavit with this content.

1. We were introduced by Mr. Dave Lautherbach with whom I was in a business relationship since early 2006. At the time we met you were employed with Telepacific and I believe Craig was working in HR.

2. We met for the first time in a meeting at the Hilton on Huntington Beach. I recall that Mr. Craig Moore attended the meeting. This was on December 16th, 2006. At the time we met you were employed with Telepacific and I believe Craig was working in HR.

3. Before December 31, 2006, we got into an agreement whereby I invested in your group of companies that operated in the Caribbean.

4. You started drawing a salary under the agreement with WIISCOM Technologies, Inc. from December 21st, 2006

5. You and I traveled to Barbados on January 7th 2007. I recall during the trip, your wife, Rawah, called at times to ask you to deal with issues with your sons. I believe she wanted to send one of them, Bilal, away to a boarding school and you were against it and decided to have Bilal come to Barbados to live with you in 2008 and attend school there.

6. I signed and agreed to a lease of a home in Cattlewash, St. Joseph, 2007, and you moved in the home in February, 2007.

7. According to our agreement of December 2006, I provided the investments to get the company going prior to this I believe that there were a few individuals that put in monies to pay for the licenses and to the best of your knowledge none of them were Ms. Rawah Algaouni.

8. You alerted me on the illegal actions of Mr. Thierry Lemaitre, Ahlam Algaouni

9. You often traveled home to be with your family and I had to ask you to reduce the frequent traveling. You explained that you had to travel to be with your wife and young sons.

10. I have known you ever since and to the best of my knowledge Ms. Rawah Algaouni never asked you not to travel so much but seemed rather concerned in seeing the business moving along.

11. To the best of my knowledge, Keith Walker was not an owner of Champion Furniture. I thought it was owned wholly by Mr. Carl Best.

12. I learnt from Keith that Mr. Thierry Lemaitre and Ms. Rawah's family conspired to defraud the State of California for over $ 45,000.00 USD in unemployment insurance, Healthy Families and they were laundering monies to Lebanon. He was concerned because of his relations with the Dept of Justice and the Dept of Commerce as well as the fact he still has a U.S Government Security Clearance.

13. Keith mentioned that they sent him two veil death threats.

14. Of all the time I have known you and during our travels in 2007, I have never known you to drink or be abusive to anyone as it seemed not to be your nature.

15. From conversations with Keith, it seems Ms. Rawah and her family are only concerned about money, and that seem to be their primary motive with no regard for the children.


I would be glad to discuss this further with anyone interested in it.


Yours sincerely,

*H. Zaghloul*

Hatim Zaghloul Ph.D.

1  KEITH J. WALKER
2  2500 E IMPERIAL HWY
   SUITE- 201-# 180
3  (202) 683-0886
4  DEFENDANT IN PRO PER



RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

FEB 1 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

5

6         **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
7

8  KEITH J. WALKER, an individual    )  Case No.: <u>EDCV13-1992AG (VBK)</u>
9              Plaintiff,            )  <u>PLAINTIFF'S</u>
10             Vs.                   )
   RIVERSIDE COUNTY CRIMINAL        )  **PROPOSED ORDER GRANTING**
11 COURT                            )  **PLAINTIFF'S A WRIT OF**
12 RIVERSIDE COUNTY CIVIL COURT)       **PROHIBITION AND**
13 RIVERSIDE COUNTY FAMILY          )  **MANDAMUS TO RECUSE AND**
14 COURT                            )  **DISQUALIFY RIVERSIDE**
15            ET AL                  )  **COUNTY DISTRICT ATTORNEY**
                                     )  **OFFICE AND RIVERSIDE**
16         Defendants                )  **COUNTY CRIMINAL COURT**
17                                   )  **FROM HEARING CASE BAM130-**
18                                   )  **2022, BANNING COURTHOUSE,**
19                                   )  **PURSUANT TO C.P.C 1424(A)**
                                     )  **AND CALIFORNIA PENAL**
20                                   )  **CODE SECTION 170.1**
21                                   )  HEARING TIME:  10:00 A.M
22                                   )  DATE: March 4th, 2014
23                                   )  JUDGE:  Hon. Victor B. Kenton
                                     )  PLACE: Court Room # 590
24

25  _____

26   Having considered defendant's Motion and finding good cause therefore,
27       IT IS HEREBY ORDERED that the Plaintiff's Order For A "Writ of
28  Prohibition" and "Writ of Mandamus" to Recuse and Disqualify Riverside

Proposed Order Granting the Plaintiff's "Writ of Prohibition" and "Writ of Mandamus" to Recuse and Disqualify Riverside County District
Attorney Office and Riverside County Criminal Court from Hearing Case BAM 130-2022, Superior Court of California Riverside County
Criminal Court (Banning) Pursuant to C.P.C 1424 (a) and California Penal Code Section 170.1
ED CV 13-1992AG (VBK)- 1

1  County District Attorney Office and Riverside County Criminal Court from
2  Hearing Case BAM 130-2022, Superior Court of California Riverside County
3  Criminal Court (Banning) Pursuant to C.P.C 1424 (a) and California Penal Code
   Section 170.1 is Granted.
4
5
   DATED:_____
6
7
                          By: _____
8                              District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proposed Order Granting the Plaintiff's "Writ of Prohibition" and "Writ of Mandamus" to Recuse and Disqualify Riverside County District
Attorney Office and Riverside County Criminal Court from Hearing Case BAM 130-2022, Superior Court of California Riverside County
Criminal Court (Banning) Pursuant to C.P.C 1424 (a) and California Penal Code Section 170.1
ED CV 13-1992AG (VBK)- 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hon. JORGE HERNANDEZ

was received by me on *(date)* 1/21/2014

☑ I personally served the summons on the individual at *(place)* CLERK OF THE COURT (RIVERSIDE COUNTY COURT (BANNING)) on *(date)* 1/21/2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  — ADDITIONAL —
1. DECLARATION I ALSO SERVED:
2. NOTICE OF MOTION AND MOTION OF EX-PARTE HEARING FOR A WRIT OF PROHIBITION AND A WRIT OF MAN
3. PROPOSED ORDER GRANTING PLAINTIFF'S A WRIT OF PROHIBITION AND WRIT OF DAMUS
4. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT FOR A WRIT OF PROHIBITION AND A WRIT OF MANDAMUS

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: 1/21/2014

_____
Server's signature

NOEL RYAN STEVENSON
Printed name and title

820 S. MARYLAND AVE
GLENDALE, CA 91205
Server's address

Additional information regarding attempted service, etc:



RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

FEB 1 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gresham Savage Tilden & Nolan
was received by me on *(date)* 1/21/2014 .

☑ I personally served the summons on the individual at *(place)* 3750 University Avenue
, Riverside                                        on *(date)* 1/21/2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

Noel Ryan Stevenson
Printed name and title


_____
Server's address

Additional information regarding attempted service, etc:

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THIERRY LEMAITRE & Z-TECH ADVANCE TECH
was received by me on *(date)* 1/21/2014 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* GRESHAM SAVAGE TILDEN & NOLAN , who is
designated by law to accept service of process on behalf of *(name of organization)* THIERRY LEMAITRE
_____ on *(date)* 1/21/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 1/21/2014

_____
Server's signature

NOEL RYAN STEVENSON
Printed name and title

820 S. MARYLAND AVE

_____
Server's address

Additional information regarding attempted service, etc:

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CREG DATIG, DEPUTY DISTRICT ATTORNEY

was received by me on *(date)* 1/21/2014

☑ I personally served the summons on the individual at *(place)* Ms. BROADWIN, RIVERSIDE COUNT CRIMINAL

COURT, BANNING, 135 ALESSANDRO AVE   on *(date)* 1/21/2014   ; or
BANNING, CA

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____   ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* ADDITIONAL —
1. DECLARATION IN SUPPORT OF MOTION OF EX-PARTE HEARING FOR A WRIT OF PROHIBITION AND WRIT OF MANDAMUS
2. NOTICE OF MOTION AND MOTION FOR EX-PARTE HEARING FOR A WRIT OF PROHIBITION AND A WRIT OF MANDAMUS
3. PROPOSED ORDER GRANTING PLAINTIFF A WRIT OF PROHIBITION AND A WRIT OF MANDAMUS
4. MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT FOR A WRIT OF PROHIBITION AND A WRIT OF MANDAMUS

My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date: 1/21/2014                                         *Ryan Stevenson*
                                                        _____
                                                        Server's signature

                          *Noel Ryan Stevenson*
                          _____
                          Printed name and title

                          820 S. MARYLAND AVENUE
                          GLENDALE, CA 91205
                          _____
                          Server's address

Additional information regarding attempted service, etc:

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

FEB 1 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  EDCV13-1992-AG(VBK)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   PAUL ZELLERBACH

was received by me on *(date)*   1/21/2014   .

☒ I personally served the summons on the individual at *(place)*   MS. BROADWIN  RIVERSIDE COUNTY
CRIMINAL COURT (BANNING), 135 ALESSANDRO ST on *(date)*   1/21/2014   ; or
BANNING, CA

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:  ADDITIONAL
1. DECLARATION IN SUPPORT OF MOTION OF EX-PARTE HEARING FOR A WRIT OF PROHIBITION AND A WRIT OF MANDAMUS
2. NOTICE OF MOTION AND MOTION FOR EX-PARTE HEARING FOR A WRIT OF PROHIBITION AND A WRIT OF MANDAMUS
3. PROPOSED ORDER GRANTING PLAINTIFFS A WRIT OF PROHIBITION AND MANDAMUS
4. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT FOR A WRIT OF PROHIBITION AND A WRIT OF MANDAMUS

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  1/21/2014        _____
                                              Ryan Stevenson
                                                 *Server's signature*

                         Noel Ryan Stevenson
                                               *Printed name and title*

                         820 S. Maryland Avenue
                         Glendale, CA 91205
                                              *Server's address*

Additional information regarding attempted service, etc:

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AHLAM ALGAOUNI & Z-Tech Advance Tech.
was received by me on *(date)* 1/21/2014.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* GRESHAM SAVAGE Tilden & Nolan who is
designated by law to accept service of process on behalf of *(name of organization)* AHLAM ALGAOUNI & Z-TECH
_____ on *(date)* 1/21/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 1/21/2014

_____
Server's signature

NOEL RYAN STEVENSON
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  FRONTIER AIRLINES

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  DAVID SIEGEL , who is

designated by law to accept service of process on behalf of *(name of organization)*  FRONTIER AIRLINES

on *(date)*  1/26/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  VIA USPS TRACKING SERVICE
MR.
C/O FRONTIER AIRLINES
7001 TOWER ROAD
DENVER, CO 80249

My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date:  1/26/2014

*Rosalind Porter*
_____
Server's signature

ROSALIND PORTER
_____
Printed name and title

2324 CRAYCROFT DRIVE
COLORADO SPRINGS, CO 80920
_____
Server's address

Additional information regarding attempted service, etc:

CLERK, U.S. DISTRICT COURT

FEB 14 2014

CENTRAL DIST
BY

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Ardrey, Owner & Officer
was received by me on *(date)* 1/24/2014

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Tracking mail via USPS
Christopher Plumbing
2765 W. Hampden Avenue
Englewood, CO 80110

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 1/27/2014

_____
*Server's signature*

Rosalind Porter
*Printed name and title*

2324 Craycroft Drive
Colorado Springs, CO 80920
*Server's address*

Additional information regarding attempted service, etc:

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHRISTOPHER PLUMBING, INC
was received by me on *(date)* 1/26/2014 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ROBERT ARDREY , who is
designated by law to accept service of process on behalf of *(name of organization)* CHRISTOPHER PLUMBING
_____ on *(date)* 1/27/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* TRACKING MAIL VIA USPS TO:
CHRISTOPHER PLUMBING
2765 W. HAMPDEN AVENUE
ENGLEWOOD, CO. 80110

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 1/27/2014

_____
*Server's signature*

ROSALIND PORTER
*Printed name and title*

2324 CRAYCROFT DRIVE
COLORADO SPRINGS, CO 80920
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MEDDITERRANEAN CAFE, INC

was received by me on *(date)* 1/26/2014 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MAZZIN AFGHANI , who is

designated by law to accept service of process on behalf of *(name of organization)* MEDDITERRANEAN

CAFE, INC _____ on *(date)* 1/27/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* VIA USPS TRACKING
MEDDITERRANEAN CAFE
300 CARLSBAD DRIVE # 106
CARLSBAD, CA 92008

My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: 1/26/2014

_____
Server's signature

ROSALIND PORTER
_____
Printed name and title

2324 CRAYCROFT DRIVE
COLORADO SPRINGS CO 80920
_____
Server's address

Additional information regarding attempted service, etc:

FEB 1 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MTA GALLERY, INC

was received by me on *(date)* 1/26/2014 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* MAZZIN AFGHANI , who is

designated by law to accept service of process on behalf of *(name of organization)* MTA GALLERY

on *(date)* 1/26/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* MTA GALLERY
C/O MAZZIN AFGHANI
300 CARLSBAD VILLAGE DRIVE
CARLSBAD, CA 92008

My fees are $ _____ for travel and $ _____ for services, for a total of $       0       .

I declare under penalty of perjury that this information is true.

Date: 1/26/2014

_____
*Server's signature*

ROSALIND PORTER
_____
*Printed name and title*

2324 CRAYCROFT DRIVE
COLORADO SPRINGS, CO 80926
_____
*Server's address*

Additional information regarding attempted service, etc:

FEB 1 4 2014

CENTRAL DIST     CALIFORNIA
BY                         DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>MAZZIN AFGHANI, OWNER</u>

was received by me on *(date)* <u>1/27/2014</u> .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* VIA USPS TRACKING SERVICE
MAZZIN AFGHANI
C/O MTA GALLERY
300 CARLSBAD VILLAGE DRIVE
CARLSBAD, CA 92008

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 1/26/2014

_____
Server's signature

ROSALIND PORTER
Printed name and title

2324 CRAYCROFT DRIVE
COLORADO SPRINGS, CO 80920
Server's address

Additional information regarding attempted service, etc:

RECEIVED AND FILED
CLERK, U.S. DISTRICT COURT

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ELICK TOBY BOWLER

was received by me on *(date)*  1/26/2014 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* VIA USPS TRACKING
ELICK TOBY BOWLER
615 BROOKSIDE AVE
REDLANDS, CA 92373

My fees are $ _____ for travel and $ _____ for services, for a total of $       0       .

I declare under penalty of perjury that this information is true.

Date:  1/27/2014

_____
Server's signature

ROSALIND PORTER
_____
Printed name and title

2324 CRAYCROFT DRIVE
COLORADO SPRINGS, CO 86920
_____
Server's address

Additional information regarding attempted service, etc:

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  SUSAN BJORK

was received by me on *(date)*  1/24/2014.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  VIA TRACKING MAIL BECAUSE DEFENDANT AVOIDED BEING SERVED
SUSAN BJORK
34844 MIDDLECOFF COURT
BEAUMONT, CA 92223

My fees are $ _____ for travel and $ _____ for services, for a total of $  0  .

I declare under penalty of perjury that this information is true.

Date:  1/26/2014

_____
Server's signature

ROSALIND PORTER
_____
Printed name and title

2324 CRAYCROFT DRIVE
COLORADO SPRINGS, CO 80926
_____
Server's address

Additional information regarding attempted service, etc:



Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AERO MEXICO AIRLINES
was received by me on *(date)* 1/26/2014 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* AERO MEXICO AIRLINES   (VIA USPS TRACKING)
C/O OFFICE OF THE CEO
3663 N. SAM HOUSTON PARKWAY E., STE - 500
HOUSTON, TX 77032-3611

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: 1/26/2014

_____
*Server's signature*

ROSALIND PORTER
*Printed name and title*

2324 CRAYCROFT DRIVE
COLORADO SPRINGS, CO 80920
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB    2014

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) _Bill Essayli, Assistant District Attorney_
was received by me on (date) _1/21/2014_ .

☐ I personally served the summons on the individual at (place) _Mr. Broadwin, Riverside County Criminal Court (Banning), 135 Alessandro Ave_ on (date) _1/21/2014_ ; or
_Banning, CA 92220_

☐ I left the summons at the individual's residence or usual place of abode with (name)
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization)
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.

Date: _1/21/2014_

_____
Server's signature

_Noel Ryan Stevenson_
Printed name and title

_820 S. Maryland Avenue_
_Glendale, CA 91205_
Server's address

Additional information regarding attempted service, etc:

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KEVIN CARTER, MEDIATOR
was received by me on *(date)* 1/21/2014 .

☒ I personally served the summons on the individual at *(place)* DESI
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DESIREE CRUZ, RIVERSIDE COUNTY COURT EXEC. OFFICE who is
designated by law to accept service of process on behalf of *(name of organization)* RIVERSIDE COUNT FAMILY COURT
MEDIATION DEPARTMENT. _____ on *(date)* 1/21/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 1/21/2014

_____
*Server's signature*

NOEL RYAN STEVENSON
*Printed name and title*

820 S. MARYLAND AVENUE
GLENDALE, CA 91205
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED, CLERK U.S. DIST. COURT
FEB 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BELINDA MARTINEZ, CLERK OF THE COURT,
was received by me on *(date)* 1/21/20014 .

☑ I personally served the summons on the individual at *(place)* DESIREE CRUZ, RIVERSIDE COUNTY SUPERIOR
COURT EXECUTIVE OFFICES, RIVERSIDE, CA on *(date)* 1/21/2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Desiree Cruz, Riverside Superior Court Exec. Offices who is
designated by law to accept service of process on behalf of *(name of organization)* Riverside County Family Court
MEDIATION DEPART on *(date)* 1/21/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 1/21/2014

_____
*Server's signature*

NOEL RYAN STEVENSON
*Printed name and title*

820 S. MARYLAND AVE
GLENDALE, CA 91205
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED AND FILED
CLERK, U.S. DISTRICT COURT

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEP.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LISA MORRIS, SUPERVISOR, MEDIATION DEPT

was received by me on *(date)* 1/21/2014 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* DESIREE CRUZ, RIVERSIDE COUNTY COURT EXEC OFFICE who is

designated by law to accept service of process on behalf of *(name of organization)* RIVERSIDE FAMILY COURT

MEDIATION DEPT _____ on *(date)* 1/21/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: 1/21/2014

_____
*Server's signature*

NOEL RYAN STEVENSON
*Printed name and title*

820 S. MARYLAND AVE
GLENDALE, CA 91203
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT

FEB 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DE