KEITH J. WALKER
2500 E. IMPERIAL HWY
SUITE 201- #180
BREA, CALIFORNIA 92821
(951) 227-2839
PLAINTIFF IN PRO PER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## SECOND AMENDED COMPLAINT

| | |
|---|---|
| KEITH J. WALKER, an individual **Plaintiff,** Vs. PAUL ZELLERBACH, an individual CREG DATIG, an individual CITY OF BEAUMONT ROGER BERG, an individual ALAN KAPANICAS, an individual GERSHAM SAVAGE TILDEN & NOLAN, a corporation BEAUMONT POLICE DEPT. JOSHUA GALBRAITH, an individual GEORGE WALTER, an individual FRANK COE, an individual GREGORY FAGAN, an individual JEREMY HARRIS, an individual MARK KEYSER, an individual BEAUMONT UNIFIED SCHOOL DISTRICT DR. MAUREEN LATHAM, an individual MARK DuSOLD, an individual | Case No. EDCV13-1992AG (VBK) **PROOF OF SERVICE: PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

| | | |
|---|---|---|
| 1 | MIKE WAGNER, an individual | ) |
| 2 | MARILYN SAUCEDO, an individual | ) |
| | SHAWN MITCHELL, and individual | ) |
| 3 | BEAUMONT HIGH SCHOOL | ) |
| 4 | ONTARIO POLICE DEPARTMENT | ) |
| 5 | TIMOTHY GLISSON, an individual | ) |
| 6 | RIVERSIDE POLICE DEPARTMENT | ) |
| 7 | RANCHO CUCAMONGA POLICE | ) |
| 8 | DEPARTMENT | ) |
| 9 | ELICK. TOBY BOWLER, an individual | ) |
| 10 | RAWAH ALGAOUNI, an individual | ) |
| 11 | AHLAM ALGAOUNI, an individual | ) |
| 12 | BASMA ARABI, an individual | ) |
| 13 | MONTASER ALGAOUNI, an individual | ) |
| 14 | THIERRY LEMAITRE, an individual | ) |
| 15 | Z-TECH ADVANCE TECHNOLOGIES, a corporation | ) |
| 16 | MAZZIN AFGHANI, an individual | ) |
| 17 | MTA GALLERY, a corporation | ) |
| 18 | MEDDITERENIAN CAFÉ, a corporation | ) |
| 19 | ROBERT ARDREY, an individual | ) |
| 20 | CHRISTOPHER PLUMBING, a corporation | ) |
| 21 | SUSAN BJORK, an individual | ) |
| 22 | FRONTIER AIRLINES, a corporation | ) |
| 23 | AERO MEXICO, a corporation | ) |
| 24 | SOLAR CITY, a corporation | ) |
| 25 | BILL ESSAYLI, an individual | ) |
| 26 | | ) |
| 27 | Defendants | ) |
| 28 | | |

I, Rosalind Porter, declare as follows:

My address is 2324 Craycroft Drive, Colorado Springs, Colorado 80920 which is located in the county where the mailing described below took place.

On February 12th, 2014, I served the document (s) described as:

1. Plaintiff's Notice of Motion and Motion for Leave to File Second Amended Complaint

On all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at 8585 Criterion Drive, Colorado Springs, CO 80920, addressed to:

1. GERSHAM SAVAGE NOLAN & TILDEN, PC
   3750 University Avenue, Ste. 250
   Riverside, CA 92501

2. City of Beaumont
   550 E. 6th Street
   Beaumont, CA 92223

3. Beaumont Police Department
   550 E. 6th Street
   Beaumont, CA 92223

4. Roger Berg
   550 E. 6th Street
   Beaumont, CA 92223

5. Alan Kapanicas
   550 E. 6th Street
   Beaumont, CA 92223

6. Joshua Galbraith
   C/O Beaumont Police Department
   550 E. 6th Street
   Beaumont, CA 92223

7. George Walter
   C/O Beaumont Police Dept.
   550 E. 6th Street
   Beaumont, CA 92223

8. Frank Coe
   C/O Beaumont Police Dept.
   550 E. 6th Street
   Beaumont, CA 92223

9.  Gregory Fagan
    C/O Beaumont Police Dept.
    550 E. 6th Street
    Beaumont, CA 92223

10. Jeremy Harris
    C/O Beaumont Police Dept.
    550 E. 6th Street
    Beaumont, CA 92223

11. Mark Keyser
    C/O Beaumont Police Department
    550 E. 6th Street
    Beaumont, CA 92223

12. E. Toby Bowler
    615 Brookside Avenue
    Redlands, CA 92373

13. Beaumont Unified School District
    350 Brookside Avenue
    Beaumont, CA 92223

14. Dr. Maureen Latham
    C/O Beaumont Unified School District
    350 Brookside Avenue
    Beaumont, CA 92223

15. Shawn Mitchell
    C/O Beaumont Unified School District
    350 Brookside Avenue
    Beaumont, CA 92223

16. Mark DuSold
    C/O Beaumont High School
    39139 Cherry Valley Blvd.
    Beaumont, CA 92223

17. Mike Wagner
    C/O Beaumont High School
    39139 Cherry Valley Blvd.
    Beaumont, CA 92223

18. Marilyn Saucedo
    C/O Beaumont High School
    39139 Cherry Valley Blvd.
    Beaumont, CA 92223

20. Beaumont High School
    39139 Cherry Valley Blvd.
    Beaumont, CA 92223

18. Riverside Police Department
    10540 Magnolia Avenue
    Riverside, CA 92502

20. Ontario Police department
    2500 Archibald, Avenue
    Ontario, CA 91761

21. Riverside Police Department
    SGT. Timothy Glisson
    C/O Ontario Police Department
    2500 Archibald Avenue
    Ontario, CA 91761

22. Ontario Police Department
    2500 Archibald Avenue
    Ontario, CA 91761

23. Aero Mexico Airlines, S.A

    3663 N. Sam Houston Pkwy East, Suite 500

    Houston, TX 77032

24. Frontier Airlines

    7001 Tower Road

    Denver, CO 80249-7312

25. Bill Essayli

    C/O Riverside County District Attorney's Office

    135 North Alessandro Street

    Banning, CA 92220

26. Rancho Cucamonga Police Department (Sheriff's Headquarters)

    655 East Third Street

    San Bernardino, CA 92415

The Hon. Jorge Hernandez ordered the Plaintiff not to serve the persons below until after the hearing of BAM1302202, Contempt of Court (Restraining Order)- allegations by Defendant Rawah Algaouni, until after March 16th-18th, 2014. Rawah Algaouni continues to make false claims and allegations against the Plaintiff, and Paul Zellerbach has sought to retaliate against the Plaintiff.

26. Rawah Algaouni
    35060 Trevino Trail
    Beaumont, CA 92223

27. Ahlam Algaouni
    C/O Gresham, Savage, Nolan & Tilden
    3750 University Avenue, Ste-250
    Riverside, CA 92501

28. Thierry Lemaitre
    C/O Gresham, Savage, Nolan & Tilden
    3750 University Avenue, Ste.-250
    Riverside, CA 92501

29. Montaser Algaouni
    1870 S. Milliken Avenue
    Ontario, CA 91761

30. Basma Arabi
    C/O Rawah Algaouni
    35060 Trevino Trail
    Beaumont, CA 92223

31. Z-Tech Advance Technoloiges, Inc.
    1870 S. Milliken Avenue
    Ontario, CA 91761

32. Mazzin Afghani
    MTA Gallery
    300 Carlsbad Village Dr.
    Carlsbad, CA 92008

33. MTA Gallery
    300 Carlsbad Village Dr
    Carlsbad, CA 92008

34. Medditerenian Café
    300 Carlsbad Village Dr
    Carlsbad, CA 92008

35. Robert Ardrey
    2765 W Hampden Ave
    Englewood, CO 80110

36. Christopher Plumbing
    2765 W Hampden Ave
    Englewood, CO 80110

37. Susan Bjork

       34851 Middlecoff Court

       Beaumont, CA 92223

38.   Solar City

       3055 Clearview Way

       San Mateo, CA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5th, 2014 , in Colorado Springs, CO 80920

By: _/s/ Rosalind Porter_

Rosalind Porter