NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
KEITH J. WALKER
2500 E IMPERIAL HWY
SUITE-201-#180
BRA, CALIFORNIA 92821

FILED
2014 MAR -7 PM 2: 33
CLERK, U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

ATTORNEY(S) FOR: IN PRO PER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KEITH J. WALKER | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), | EDCV13-1992-AG (VBK) |
| v. | |
| PAUL ZELLERBACH, an individual<br>CREG DATIG, an individual<br>CITY OF BEAUMONT | AMENDED CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for         KEITH J. WALKER
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| KEITH J. WALKER | Plaintiff |
| PAUL ZELLERBACH, an individual | Defendant |
| CREG DATIG, an individual | Defendant |
| CITY OF BEAUMONT | Defendant |
| ROGER BERG, an individual | Defendant |
| ALAN KAPANICAS, an individual | Defendant |
| GERSHAM SAVAGE TILDEN & NOLAN, a corporation | Defendant |
| BEAUMONT POLICE DEPT. | Defendant |
| JOSHUA GALBRAITH, an individual | Defendant |
| GEORGE WALTER, an individual | Defendant |
| FRANK COE, an individual | Defendant |
| GREGORY FAGAN, an individual | Defendant |
| | Defendant |

March 7, 2014
Date

[Signature]
Signature

Attorney of record for (or name of party appearing in pro per):

| | |
|---|---|
| 1 | KEITH J. WALKER |
| 2 | 2500 E. IMPERIAL HWY SUITE 201- #180 |
| 3 | BREA, CALIFORNIA 92821 |
| 4 | (951) 227-2839 |
| 5 | DEFENDANT IN PRO PER |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### SECOND AMENDED COMPLAINT

KEITH J. WALKER, an individual ) Case No. EDCV13-1992AG (VBK)
**Plaintiff,** )
Vs. ) 1. Civil Rights Complaint Pursuant
PAUL ZELLERBACH, an individual ) to 42 U.S.C § 1983 (non-prisoners)
CREG DATIG, an individual )
CITY OF BEAUMONT ) **Complaint for Damages:**
ROGER BERG, an individual )
ALAN KAPANICAS, an individual ) 2. Intentional Infliction of Emotional Distress
GERSHAM SAVAGE TILDEN & ) 3. Oppression
NOLAN, a corporation ) 4. Breach of Trust by an Officer
BEAUMONT POLICE DEPT. ) 5. Neglect of Official Duty
JOSHUA GALBRAITH, an individual ) 6. Subornation of Perjury
GEORGE WALTER, an individual ) 7. Obstruction of Justice
FRANK COE, an individual ) 8. Compounding Crime
GREGORY FAGAN, an individual ) 9. Misprison of Felony
JEREMY HARRIS, an individual ) 10. Extortion
MARK KEYSER, an individual ) 11. Intentional Negligence
BEAUMONT UNIFIED SCHOOL ) 12. Conspiracy
DISTRICT ) 13. Injunctive Relief From Riverside County Family Court
DR. MAUREEN LATHAM, an individual ) 14. Injunctive Relief From Riverside County Civil Court
MARK DuSOLD, an individual ) 15. Injunctive Relief From Riverside County Criminal Court

Civil Rights Complaint Pursuant to 42 U.S.C § 1983 (non-prisoners) Oppression, Breach of Trust by an Officer, Neglect of Official Duty, Subornation of Perjury, Obstruction of Justice, Compounding Crime, Misprison of Felony, Malicious Prosecution, Perjury, and Complaint for Damages and Injunctive Relief From Riverside County Family Court and Riverside County Civil Court and other tort complaints- 1

| | |
|---|---|
| MIKE WAGNER, an individual | 16. Perjury |
| MARILYN SAUCEDO, an individual | 17. Malicious Prosecution |
| SHAWN MITCHELL, and individual | 18. False Declaration Before a Court |
| BEAUMONT HIGH SCHOOL | 19. Delay, Interference and or Destruction of mail |
| ONTARIO POLICE DEPARTMENT | 20. International Parental Kidnapping |
| TIMOTHY GLISSON, an individual | |
| RIVERSIDE POLICE DEPARTMENT | 21. Parental Kidnapping |
| | 22. Forgery |
| RANCHO CUCAMONGA POLICE DEPARTMENT | 23. Aggravated Identity Theft |
| | 24. Invasion of Privacy |
| ELICK. TOBY BOWLER, an individual | 25. Fraud, Manufacture of Evidence with Intent to Incriminate |
| RAWAH ALGAOUNI, an individual | 26. Altering of Official State Document |
| AHLAM ALGAOUNI, an individual | 27. Mental Abuse of Minors |
| BASMA ARABI, an individual | 28. Giving Drugs to Minor |
| MONTASER ALGAOUNI, an individual | 29. Hacking Email, Sending Malicious Code with intent to Fabricate Evidence |
| THIERRY LEMAITRE, an individual | 30. Stalking |
| Z-TECH ADVANCE TECHNOLOGIES, a corporation | 31. Battery |
| | 32. Theft of Corporate Secrets Property and Patents |
| MAZZIN AFGHANI, an individual | |
| MTA GALLERY, a corporation | 33. Defamation of Character |
| MEDDITERENIAN CAFÉ, a corporation | 34. Accessory to Felony/ies |
| | 35. Aiding in the Consummation of a Crime |
| ROBERT ARDREY, an individual | 36. Hindering Apprehension or Prosecution |
| CHRISTOPHER PLUMBING, a corporation | |
| | 37. Malicious Use of Process |
| SUSAN BJORK, an individual | 38. Vicarious Liability |
| FRONTIER AIRLINES, a corporation | 39. Respondeat Superior Liability |
| AERO MEXICO, a corporation | |
| SOLAR CITY, a corporation | |
| BILL ESSAYLI, an individual | |
| Defendants | **Jury Trial Demanded:** |

Civil Rights Complaint Pursuant to 42 U.S.C § 1983 (non-prisoners) Oppression, Breach of Trust by an Officer, Neglect of Official Duty, Subornation of Perjury, Obstruction of Justice, Compounding Crime, Misprison of Felony, Malicious Prosecution, Perjury, and Complaint for Damages and Injunctive Relief From Riverside County Family Court and Riverside County Civil Court and other tort complaints- 2