# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-01992-AG (VBK) | Date | March 13, 2014 |
|---|---|---|---|
| Title | Keith J. Walker v. Riverside County Family Court, et al. | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**     **(IN CHAMBERS)**

The Court is in receipt of Plaintiff's document entitled "Plaintiff's Notice of Motion and Motion for Leave to File Second Amended Complaint," set for hearing on April 8, 2014 at 10:00 a.m. before the Honorable United States Magistrate Judge Victor B. Kenton and "[Proposed] Second Amended Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)." The hearing date is **HEREBY VACATED**.

The Court **HEREBY GRANTS** Plaintiff's request to file the proposed Second Amended Complaint and the proposed Second Amended Complaint is deemed filed.

|  | : |  |
|---|---|---|
| | Initials of Preparer | RH |