AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | | |
|---|---|---|
| KEITH J. WALKER <br><br> _Plaintiff(s)_ <br> v. <br> PAUL ZELLERBACH, an individual <br> CREG DATIG, an individual <br> CITY OF BEAUMONT <br> SEE ATTCHMENT <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. EDCV-13-1992AG (VBK) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  SEE ATTACHED NAMES TO 2ND AMENDED COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KEITH J. WAKLER
2500 E. IMPERIAL HWY
STE. 201-#180
BREA, CA 92821

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-13-2014

_Signature of Clerk or Deputy Clerk_

(1115)

1  KEITH J. WALKER
2  2500 E. IMPERIAL HWY
   SUITE 201- #180
3  BREA, CALIFORNIA 92821
4  (951) 227-2839
5  DEFENDANT IN PRO PER

6
7              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
8
9              SECOND AMENDED COMPLAINT

10
11 KEITH J. WALKER, an individual    ) Case No. EDCV13-1992AG (VBK)
                Plaintiff,           )     2ND AMENDED
12              Vs.                  ) 1. Civil Rights Complaint Pursuant
13 PAUL ZELLERBACH, an individual   )    to 42 U.S.C § 1983 (non-prisoners)
14 CREG DATIG, an individual        )
   CITY OF BEAUMONT                 ) Complaint for Damages:
15 ROGER BERG, an individual        )
16                                  ) 2. Intentional Infliction of
   ALAN KAPANICAS, an individual    )    Emotional Distress
17 GERSHAM SAVAGE TILDEN &          ) 3. Oppression
18 NOLAN, a corporation             ) 4. Breach of Trust by an Officer
   BEAUMONT POLICE DEPT.            ) 5. Neglect of Official Duty
19 JOSHUA GALBRAITH, an individual  ) 6. Subornation of Perjury
20 GEORGE WALTER, an individual     ) 7. Obstruction of Justice
21 FRANK COE, an individual         ) 8. Compounding Crime
                                    ) 9. Misprison of Felony
22 GREGORY FAGAN, an individual     ) 10. Extortion
23 JEREMY HARRIS, an individual     ) 11. Intentional Negligence
   MARK KEYSER, an individual       ) 12. Conspiracy
24 BEAUMONT UNIFIED SCHOOL          ) 13. Injunctive Relief From Riverside
25 DISTRICT                         )     County Family Court
                                    ) 14. Injunctive Relief From Riverside
26 DR. MAUREEN LATHAM, an           )     County Civil Court
27 individual                       ) 15. Injunctive Relief From Riverside
28 MARK DuSOLD, an individual       )     County Criminal Court

Civil Rights Complaint Pursuant to 42 U.S.C § 1983 (non-prisoners) Oppression, Breach of Trust by an Officer, Neglect of Official Duty, Subornation of Perjury, Obstruction of Justice, Compounding Crime, Misprison of Felony, Malicious Prosecution, Perjury, and Complaint for Damages and Injunctive Relief From Riverside County Family Court and Riverside County Civil Court and other tort complaints- 1

| | | |
|---|---|---|
| 1 | MIKE WAGNER, an individual | ) 16. Perjury |
| 2 | MARILYN SAUCEDO, an individual | ) 17. Malicious Prosecution |
| 3 | SHAWN MITCHELL, and individual | ) 18. False Declaration Before a Court |
| 4 | BEAUMONT HIGH SCHOOL | ) 19. Delay, Interference and or Destruction of mail |
| 5 | ONTARIO POLICE DEPARTMENT | ) 20. International Parental Kidnapping |
| 6 | TIMOTHY GLISSON, an individual | ) |
| 7 | RIVERSIDE POLICE DEPARTMENT | ) 21. Parental Kidnapping |
| 8 | RANCHO CUCAMONGA POLICE DEPARTMENT | ) 22. Forgery |
| 9 | | ) 23. Aggravated Identity Theft |
| 10 | ELICK. TOBY BOWLER, an individual | ) 24. Invasion of Privacy |
| 11 | RAWAH ALGAOUNI, an individual | ) 25. Fraud, Manufacture of Evidence with Intent to Incriminate |
| 12 | AHLAM ALGAOUNI, an individual | ) 26. Altering of Official State Document |
| 13 | BASMA ARABI, an individual | ) 27. Mental Abuse of Minors |
| 14 | MONTASER ALGAOUNI, an individual | ) 28. Giving Drugs to Minor |
| 15 | THIERRY LEMAITRE, an individual | ) 29. Hacking Email, Sending Malicious Code with intent to Fabricate Evidence |
| 16 | Z-TECH ADVANCE TECHNOLOGIES, a corporation | ) 30. Stalking |
| 17 | MAZZIN AFGHANI, an individual | ) 31. Battery |
| 18 | MTA GALLERY, a corporation | ) 32. Theft of Corporate Secrets Property and Patents |
| 19 | MEDDITERENIAN CAFÉ, a corporation | ) 33. Defamation of Character |
| 20 | ROBERT ARDREY, an individual | ) 34. Accessory to Felony/ies |
| 21 | CHRISTOPHER PLUMBING, a corporation | ) 35. Aiding in the Consummation of a Crime |
| 22 | | ) 36. Hindering Apprehension or Prosecution |
| 23 | SUSAN BJORK, an individual | ) 37. Malicious Use of Process |
| 24 | FRONTIER AIRLINES, a corporation | ) 38. Vicarious Liability |
| 25 | AERO MEXICO, a corporation | ) 39. Respondeat Superior Liability |
| 26 | SOLAR CITY, a corporation | ) |
| 27 | BILL ESSAYLI, an individual | ) |
| 28 | Defendants | ) Jury Trial Demanded: |

Civil Rights Complaint Pursuant to 42 U.S.C § 1983 (non-prisoners) Oppression, Breach of Trust by an Officer, Neglect of Official Duty, Subornation of Perjury, Obstruction of Justice, Compounding Crime, Misprison of Felony, Malicious Prosecution, Perjury, and Complaint for Damages and Injunctive Relief From Riverside County Family Court and Riverside County Civil Court and other tort complaints- 2