1 KEITH J. WALKER
2 2500 E. IMPERIAL HWY
SUITE 201- #180
3 BREA, CALIFORNIA 92821
4 (951) 227-2839
5 DEFENDANT IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
MAR 24 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## SECOND AMENDED COMPLAINT

| | |
|---|---|
| KEITH J. WALKER, an individual **Plaintiff**, Vs. PAUL ZELLERBACH, an individual CREG DATIG, an individual CITY OF BEAUMONT ROGER BERG, an individual ALAN KAPANICAS, an individual GERSHAM SAVAGE TILDEN & NOLAN, a corporation BEAUMONT POLICE DEPT. JOSHUA GALBRAITH, an individual GEORGE WALTER, an individual FRANK COE, an individual GREGORY FAGAN, an individual JEREMY HARRIS, an individual MARK KEYSER, an individual BEAUMONT UNIFIED SCHOOL DISTRICT DR. MAUREEN LATHAM, an individual MARK DuSOLD, an individual | Case No. EDCV13-1992AG (VBK) SECOND AMENDED COMPLAINT **NOTICE OF MOTION TO WITHDRAW ALL LEGAL ACTION AGAINST ALL NAMED DEFENDANTS** |

| | | |
|---|---|---|
| 1 | MIKE WAGNER, an individual | ) |
| 2 | MARILYN SAUCEDO, an individual | ) |
| 3 | SHAWN MITCHELL, and individual | ) |
| 4 | BEAUMONT HIGH SCHOOL | ) |
| 5 | ONTARIO POLICE DEPARTMENT | ) |
| 6 | TIMOTHY GLISSON, an individual | ) |
| 7 | RIVERSIDE POLICE DEPARTMENT | ) |
| 8 | RANCHO CUCAMONGA POLICE DEPARTMENT | ) |
| 9 | ELICK. TOBY BOWLER, an individual | ) |
| 10 | RAWAH ALGAOUNI, an individual | ) |
| 11 | AHLAM ALGAOUNI, an individual | ) |
| 12 | BASMA ARABI, an individual | ) |
| 13 | MONTASER ALGAOUNI, an individual | ) |
| 14 | THIERRY LEMAITRE, an individual | ) |
| 15 | Z-TECH ADVANCE TECHNOLOGIES, a corporation | ) |
| 16 | MAZZIN AFGHANI, an individual | ) |
| 17 | MTA GALLERY, a corporation | ) |
| 18 | MEDDITERENIAN CAFÉ, a corporation | ) |
| 19 | ROBERT ARDREY, an individual | ) |
| 20 | CHRISTOPHER PLUMBING, a corporation | ) |
| 21 | SUSAN BJORK, an individual | ) |
| 22 | FRONTIER AIRLINES, a corporation | ) |
| 23 | AERO MEXICO, a corporation | ) |
| 24 | SOLAR CITY, a corporation | ) |
| 25 | BILL ESSAYLI, an individual | ) |
| 26 | | ) |
| 27 | Defendants | ) |

Now comes the Plaintiff Keith J. Walker representing himself in this matter before the court. The Plaintiff is filing this action due in large part to his Christian faith and beliefs and has not been coerced in any way by any party or entity that is a defendant in this matter before the court and is doing so of his own free will.

The Plaintiff decided on this course of action staying true to his faith and Christian beliefs that in going forward with this action, his actions in bringing suit against the defendants named herein would have amounted to seeking revenge for the wrongs they have committed against the Plaintiff and his sons. In seeking revenge the Plaintiff would be committing a wrong and would have been no better than the defendants named herein.

The Plaintiff forgives the named defendants unconditionally, and had for some time now forgiven Rawah Algaouni as noted in the early proceedings of the case in California Superior Court County of Riverside, Family Court Division. Having considered that to have proceeded in the case before the Court the Plaintiff would have allowed the key defendants in the case to pull the Plaintiff down to the nadir of their evil and criminal deception and actions, and consume the one invaluable asset that the Plaintiff has with which to complete

his good work that will go to the benefit of many in this world; primarily those in poverty.

The Plaintiff realizing the crimes being committed by Thierry Lemaitre, Rawah Algaouni and her family many years ago and quietly reported them to the Federal authorities, and later the Department of Justice and other federal agencies and the Attorney General of the State of California. It is therefore up to those in positions of authority to uphold the laws of this great nation leaving themselves to be accountable for their actions or lack thereof. The Plaintiff can only hope that those at the Beaumont Unified School District, Beaumont High School and Beaumont Police Department and the City of Beaumont realize and accept the wrongs they have committed and find redemption for the wrongs they have committed against Bilal Walker, Tariq Walker and the Plaintiff.

The Plaintiff prays and hopes that the Hon. Judges Jackson Lucky and Hon. Jorge Hernandez carefully reflect on the decisions they have made that have now been proven to have adversely affected and damaged the older son Bilal Walker, Tariq Walker and the Plaintiff himself, and takes such actions and makes decisions and orders that will insure that the younger son Tariq Walker is ordered to be with the Plaintiff to insure that he grows up to be a God fearing,

law-abiding, honest, hardworking best friend, loving father and faithful husband, exercising the liberties and freedoms afforded him under the Constitution of the United States of America; defending this country against enemies, foreign and domestic.  Plaintiff also prays and hopes that those in position of authority within the Beaumont Unified School District, and the Beaumont High School will never again have knowledge of drug use by its students and place the needs of the school above those of the students thereby failing the students and giving proper direction.

The Plaintiff hopes and prays that the airlines will change their policies to insure that they are not negligently liable to parental kidnapping in the future. The Plaintiff is aware that there are those who have committed wrongs that will shrug off this advice failing to take heed, and will find themselves faced with something more serious in the future.

The Plaintiff intends to use this time to finish those works and inventions that will be used to solve many of the pressing matters of the day as eluded to in items 246. The Plaintiff was raised in Barbados initially by his grandmother and later by Dawn Thomas along with her children, Kyle, Kerrie and Hilary, before returning to the United States where he served honorably in the United States

Army, 82nd Airborne Division, and receiving two, but accepted one Congressional Nomination to the United States Military Academy at West Point. The Plaintiff has never been in any trouble with the law until it was known that the criminal actions of the defendants were reported to the law enforcement agencies, and the defendants acted in the fashion that they have thus far.

The Riverside County District Attorney is now attempting to use the perjured statements of Rawah Algaouni to retaliate against the Plaintiff for all the apparent reasons clearly set out in the declaration. The fact remains that the crimes of bribery and kickbacks as described are factual and easy to validate against those persons involved. The Plaintiff remains unwavering in his position on the facts and again leaves the job upholding the law and bringing to justice those that have violated the laws to those agencies and bureaus charged to do so.

Promises were made to the Plaintiff's sons, family, the people of Barbados, and the young kids in Sierra Leone and friends in Malawi, and his business associates. It is these promises that the Plaintiff will now get back to working on so as to make a difference in the lives of those that will benefit from his works, and those U.S agencies that will benefit as well in helping them to protect our nation and way of life.

that so ordered can override the orders and decisions of God, as the final judge of all judges of all decisions and actions.  It is the Plaintiff's hope that having forgiven those that have trespassed against he and his sons that they may find it possible to seek redemption and forgive themselves.

The Plaintiff has no pride and professes no wisdom of this earth other than that granted to him by God, and will continue to walk by faith.

The above decision is the decision of the Plaintiff under the penalty of perjury in the State of California, so help me God.

Executed this 17th, Day of 2014 in the City of Colorado Springs, Colorado, USA.

By: _____

KEITH J. WALKER

ATTY
2324 CAYCOFF
COLORADO SPRINGS, CO 80920

CLERK U.S. DISTRICT COURT
MAR 24 2014
CENTRAL DISTRICT OF CALIFORNIA

United States District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

Attn: Civil Intake

CONFIDENTIAL       CONFIDENTIAL