JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEITH J. WALKER, | No. ED CV 13-01992-AG (VBK) |
| Plaintiff, | ORDER FOR SUMMARY DISMISSAL |
| v. | |
| RIVERSIDE COUNTY FAMILY COURT, et al., | |
| Defendants. | |

On December 3, 2013, Keith J. Walker (hereinafter referred to as "Plaintiff")[1] filed a "(1) Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners) Complaint for Damages: (2) Intentional Infliction of Emotional Distress; (3) Oppression; (4) Breach of Trust by an Officer; (5) Neglect of Official Duty; (6) Subornation of Perjury; (7) Obstruction of Justice; (8) Compounding Crime; (9) Misprison of Felony; (10) Extortion; (11) Intentional Negligence; (12) Conspiracy; (13) Injunctive Relief from Riverside County Family Court; (14) Injunctive Relief from Riverside County Civil Court."

---

[1] Plaintiff also lists Tariq A. Walker, his son, as a Plaintiff; however, Tariq A. Walker did not sign the Complaint or submit a request to proceed in forma pauperis. Additionally, Plaintiff cannot represent other plaintiffs.

Plaintiff named as Defendants Paul Zellerbach (Riverside County District Attorney); Craig Datig (Riverside County District Attorney); Honorable Jackson Lucky (Riverside County Family Court Judge); Commissioner Pamela Thatcher (Riverside County Civil Court); Elick Toby Bowler (private attorney); Frank Coe (Beaumont Police Department Chief of Police); Gregory Fagan (Beaumont Police Department Commander); George Walter (Beaumont Police Department Sergeant); Officer Thomas D'Allessandro (Beaumont Police Department); Maureen Latham (Superintendent Beaumont Unified School District); Shawn Mitchell (Director of Student Services, Beaumont Unified School District); Marilyn Saucedo (Principal, Beaumont High School); Mark Dusold (Director of Athletic Program); Belinda Martinez (Clerk of Riverside County Superior Court); Lisa Morris (Family Court Mediator Supervisor); Kevin Carter (Family Court Mediator); Sgt. Tim Glisson (Ontario Police Department).

Plaintiff has been involved in contentious divorce proceedings against his wife, Rawah Algaouni. (Complaint at ¶¶ 2-76.) Plaintiff alleges that Defendants have violated 18 U.S.C. §§ 241 and 242 (Complaint at ¶¶ 85-107) and 18 U.S.C. § 4 (Complaint at ¶¶ 109-116). Plaintiff seeks injunctive relief from the Riverside Family Court awarding him sole custody of his son Tariq Walker and an order recusing Defendant Judge Jackson Lucky from Plaintiff's divorce proceeding, in <u>Algaouni v. Walker</u>, Riverside Family Court Case No. RID236-721 and compensatory, special and punitive damages; and funds to set up a legal aid foundation. (Complaint at ¶¶ 117-127).

On December 9, 2013, the Court issued an Order re Dismissal with Leave to Amend.

On March 7, 2014, Plaintiff filed a Second Amended Complaint.

2


Plaintiff named the following Defendants: Paul Zellerbach, an individual; Greg Datig, an individual; City of Beaumont; Roger Berg, an individual; Alan Kapanicas, an individual; Gersham Savage Tilden & Nolan, a corporation; Beaumont Police Department; Joshua Galbraith, an individual; George Walter, an individual; Frank Coe, an individual; Gregory Fagan, an individual; Jeremy Harris, an individual; Mark Keyser, an individual; Beaumont Unified School District; Dr. Maureen Latham, an individual; Mark DuSold, an individual; Mike Wagner, an individual; Marilyn Saucedo, an individual; Shawn Mitchell, an individual; Beaumont High School; Ontario Police Department; Timothy Glisson, an individual; Riverside Police Department; Rancho Cucamonga Police Department; Elick. Toby Bowler, an individual; Rawah Algaouni, an individual; Ahlam Algaouni, an individual; Basma Arabi, an individual; Montaser, Algaouni, an individual; Thierry Lemaitre, an individual; Z-Tech Advance Technologies, a corporation; MTA Gallery, a corpiration; Medditerenian Café, a corporation; Robert Ardrey, an individual; Christopher Plumbing, corporation; Susan Bjork, an individual; Frontier Airlines, a corporation; Aero Mexico, a corporation; Solar City, a corporation; and Bill Essayli, an individual. Plaintiff listed thirty-nine causes of action against Defendants.

On March 24, 2014, Plaintiff filed a "Notice of Motion to Withdraw All Legal Action Against All Named Defendants."

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff's Second Amended Complaint is hereby dismissed.

//

//

//

**IT IS THEREFORE ORDERED** that the Second Amended Complaint is hereby dismissed without prejudice.

DATED: April 5, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Presented on
March 31, 2014 by

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE